UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

  Plaintiff,

v.

TRANSAMERICA OCCIDENTAL
LIFE INSURANCE COMPANY, *et al.*,

  Defendants.

Civil Action No. S-02-CV-3123

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

STIPULATION EXTENDING THE TIME FOR
PRINCIPAL MUTUAL LIFE INSURANCE COMPANY
TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT

Plaintiff, St. Paul Fire and Marine Insurance Company, and co-defendant, Principal Mutual Life Insurance Company, by their respective undersigned counsel, stipulate and agree that Principal Mutual Life Insurance Company shall have through March 17, 2003 to answer or otherwise respond to the amended complaint filed in this action.

Respectfully submitted,

_____  
James A. Dunbar   *with permission*  
Federal Bar No. 007392  
Katherine D. Bainbridge

Venable, Baetjer and Howard, LLP  
210 Allegheny Avenue  
P.O. Box 5517  
Towson, Maryland 21285-5517  
410.494.6200 (telephone)  
410.821.0147 (facsimile)

_____  
Bryan D. Bolton  
Federal Bar No. 02112

Funk & Bolton, P.A.  
Twelfth Floor  
36 South Charles Street  
Baltimore, Maryland 21201-3111  
410.659.7700 (telephone)  
410.659.7773 (facsimile)



*Paul F. Strain /BDB*
*with permission*

Paul F. Strain
Federal Bar No. 01255

Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
410.244.7400 (telephone)
410.244.7742 (facsimile)

Attorneys for St. Paul Fire and
Marine Insurance Company

OF COUNSEL:

Elizabeth J. Bondurant
Elizabeth A. Beskin

Carter & Ansley
1180 West Peachtree Street, Suite 2300
Atlanta, Georgia 30309
404.658.9220 (telephone)
404.658.9726 (facsimile)

Attorneys for Principal Mutual
Life Insurance Company

SO ORDERED:

_____
United States District Court Judge

Date: 03/03/03

45691.020: 62174