IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * | Civil Action No.: S02CV3123 |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

**STIPULATION OF EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the respective parties that the defendants, AMERICAN UNITED LIFE INSURANCE COMPANY, FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, COLOGNE LIFE REINSURANCE COMPANY, COMBINED INSURANCE COMPANY OF AMERICA, CROWN LIFE INSURANCE COMPANY, THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, MANUFACTURERS LIFE INSURANCE COMPANY, PHOENIX HOME LIFE MUTUAL INSURANCE COMPANY, SUN LIFE ASSURANCE COMPANY OF CANADA, SWISS RE LIFE COMPANY OF AMERICA, SWISS RE AMERICA HOLDING CORPORATION AND THE MERCANTILE & GENERAL REINSURANCE CO. LIMITED, UNUM LIFE INSURANCE COMPANY OF AMERICA, THE MERCANTILE AND GENERAL REINSURANCE COMPANY LIMITED, GENERAL AND COLOGNE LIFE RE OF AMERICA, and CANADA LIFE INSURANCE

COMPANY OF AMERICA, shall have an extension of time to answer or otherwise respond to plaintiff's First Amended Complaint for Declaratory and Other Relief up to and including March 17, 2003.

Dated: February 27, 2003

| VENABLE, BAETJER and HOWARD, LLP | SEMMES, BOWEN & SEMMES, P.C. |
|---|---|
| _____ | _____ |
| James A. Dunbar, Fed. Bar #007392 | J. Snowden Stanley, Jr., Fed. Bar #00059 |
| Katherine Bainbridge | SEMMES, BOWEN & SEMMES |
| VENABLE, BAETJER AND HOWARD, LLP | 250 West Pratt Street |
| 210 Allegheny Avenue | Baltimore, MD 21201 |
| P.O. Box 5517 | (410) 539-5040 |
| Towson, MD 21285-5517 | - and - |
| (410) 494-6200 | MOUND, COTTON, WOLLAN |
|  |   & GREENGRASS |
| - and - | Lawrence S. Greengrass |
|  | One Battery Park Plaza |
|  | New York, NY 10004 |
| _____ | (212) 804-4200 |
| Paul F. Strain, Fed. Bar #01255 | ATTORNEYS FOR DEFENDANTS |
| VENABLE, BAETJER AND HOWARD, LLP | AMERICAN UNITED LIFE INSURANCE |
| 1800 Mercantile Bank & Trust Building | COMPANY, FIRST ALLMERICA |
| 2 Hopkins Plaza | FINANCIAL LIFE INSURANCE COMPANY, |
| Baltimore, Maryland 21201 | CONNECTICUT GENERAL LIFE |
| (410) 244-7400 | INSURANCE COMPANY, COLOGNE LIFE |
|  | REINSURANCE COMPANY, COMBINED |
|  | INSURANCE COMPANY OF AMERICA, |
| ATTORNEYS FOR PLAINTIFF | CROWN LIFE INSURANCE COMPANY, |
| ST. PAUL FIRE AND MARINE | THE EQUITABLE LIFE ASSURANCE |
| INSURANCE COMPANY | SOCIETY OF THE UNITED STATES, |
|  | MANUFACTURERS LIFE INSURANCE |
|  | COMPANY, PHOENIX HOME LIFE |
|  | MUTUAL INSURANCE COMPANY, |

        SUN LIFE ASSURANCE COMPANY OF CANADA, SWISS RE LIFE COMPANY OF AMERICA, SWISS RE AMERICA HOLDING CORPORATION AND THE MERCANTILE & GENERAL REINSURANCE CO. LIMITED, UNUM LIFE INSURANCE COMPANY OF AMERICA, THE MERCANTILE AND GENERAL REINSURANCE COMPANY LIMITED, GENERAL AND COLOGNE LIFE RE OF AMERICA, and CANADA LIFE INSURANCE COMPANY OF AMERICA

## **ORDER**

The foregoing Stipulation is hereby approved.

Date_____          _____
                                                      Judge, United States District Court
                                                      For the District of Maryland

(B0324426.WPD;1)