# ST. PAUL FIRE & MARINE INSURANCE COMPANY

## BOND NO. 400 JU 0635

Supersedeas Bond in the matter of
Gordon B. Clark and Clarice J. Clark
v.
Security Life Insurance Company of America, et al.

At the request of the Assured and in consideration of your Company executing and delivering a Supersedeas Bond in the amount of US $16,220,000 on behalf of Security Life Insurance Company of America, as principal, in the matter of Clark v. Security Life Insurance Company of America filed in Superior Court for Early County, GA, we severally and not one with the other agree to indemnify you and hold you harmless in respect of our respective proportions of any and all loss, damages, claims, costs, expenses and attorney's fees which you may incur by reason of you having furnished the aforesaid bond and we further agree that we shall immediately pay you, upon your demand, the amount of any claim that you may receive under and by reason of your having issued the aforesaid bond.

Our respective proportion of the total indemnity shall be 2.55 percent. In no event shall our aggregate liability exceed the sum of US $413,610.00.

American United Life Insurance Company

By: _____William R. Brown_____          Corp. Seal

Title: _GENERAL COUNSEL & SECRETARY_

## ST. PAUL FIRE & MARINE INSURANCE COMPANY

BOND NO. 400 JU 0635

Supersedeas Bond in the matter of
Gordon B. Clark and Clarice J. Clark
v.
Security Life Insurance Company of America, et al.

At the request of the Assured and in consideration of your Company executing and delivering a Supersedeas Bond in the amount of US $16,220,000 on behalf of Security Life Insurance Company of America, as principal, in the matter of Clark v. Security Life Insurance Company of America filed in Superior Court for Early County, GA, we severally and not one with the other agree to indemnify you and hold you harmless in respect of our respective proportions of any and all loss, damages, claims, costs, expenses and attorney's fees which you may incur by reason of you having furnished the aforesaid bond and we further agree that we shall immediately pay you, upon your demand, the amount of any claim that you may receive under and by reason of your having issued the aforesaid bond.

Our respective proportion of the total indemnity shall be 0.4250 percent. In no event shall our aggregate liability exceed the sum of US $<u>68,935.00</u>.

First Allmerica Financial Life Insurance Company

By: _/s/ Christopher C. Brown_____   Corp. Seal

Title: _Vice President_____

# ST. PAUL FIRE & MARINE INSURANCE COMPANY

BOND NO. 400 JU 0635

Supersedeas Bond in the matter of
Gordon B. Clark and Clarice J. Clark
v.
Security Life Insurance Company of America, et al.

At the request of the Assured and in consideration of your Company executing and delivering a Supersedeas Bond in the amount of US $16,220,000 on behalf of Security Life Insurance Company of America, as principal, in the matter of Clark v. Security Life Insurance Company of America filed in Superior Court for Early County, GA, we severally and not one with the other agree to indemnify you and hold you harmless in respect of our respective proportions of any and all loss, damages, claims, costs, expenses and attorney's fees which you may incur by reason of you having furnished the aforesaid bond and we further agree that we shall immediately pay you, upon your demand, the amount of any claim that you may receive under and by reason of your having issued the aforesaid bond.

Our respective proportion of the total indemnity shall be 10.6250 percent. In no event shall our aggregate liability exceed the sum of US $1,723,375.00.

Connecticut General Life Insurance Company

By: _____   Corp. Seal
    Francine M. Newman

Title: _____President_____

ST. PAUL FIRE & MARINE INSURANCE COMPANY

BOND NO. 400 JU 0635

Supersedeas Bond in the matter of
Gordon B. Clark and Clarice J. Clark
v.
Security Life Insurance Company of America, et al.

At the request of the Assured and in consideration of your company executing and delivering a Supersedeas Bond in the amount of US $16,220,000 on behalf of Security Life Insurance Company of America, as principal, in the matter of Clark v. Security Life Insurance Company of America filed in Superior Court for Early County, GA, we severally and not one with the other agree to indemnify you and hold you harmless in respect of our respective proportions of any and all loss, damages, claims, costs, expenses and attorney's fees which you may incur by reason of you having furnished the aforesaid bond and we further agree that we shall immediately pay you, upon your demand, the amount of any claim that you may receive under and by reason of your having issued the aforesaid bond.

Our respective proportion of the total indemnity shall be 12.7500 percent. In no event shall our aggregate liability exceed the sum of US $2,068,050.00.

Cologne Life Reinsurance Company

By: _____

Title: _____

(Corporate Seal)

## ST. PAUL FIRE & MARINE INSURANCE COMPANY

BOND NO. 400 JU 0635

Supersedeas Bond in the matter of
Gordon B. Clark and Clarice J. Clark
v.
Security Life Insurance Company of America, et al.

At the request of the Assured and in consideration of your Company executing and delivering a Supersedeas Bond in the amount of US $16,220,000 on behalf of Security Life Insurance Company of America, as principal, in the matter of Clark v. Security Life Insurance Company of America filed in Superior Court for Early County, GA, we severally and not one with the other agree to indemnify you and hold you harmless in respect of our respective proportions of any and all loss, damages, claims, costs, expenses and attorney's fees which you may incur by reason of you having furnished the aforesaid bond and we further agree that we shall immediately pay you, upon your demand, the amount of any claim that you may receive under and by reason of your having issued the aforesaid bond.

Our respective proportion of the total indemnity shall be 2.3375 percent. In no event shall our aggregate liability exceed the sum of US $379,143.00.

Combined Insurance Company of America

By: _____   Corp. Seal

Title: Vice President

NOV 08 '96 09:51 FR MOUNT COTTON & WOLLAN212 344 8066 TO 13057516100    P.04/09

## ST. PAUL FIRE & MARINE INSURANCE COMPANY

### BOND NO. 400 JU 0635

Supersedeas Bond in the matter of
Gordon B. Clark and Clarice J. Clark
v.
Security Life Insurance Company of America, et al.

At the request of the Assured and in consideration of your Company executing and delivering a Supersedeas Bond in the amount of US $16,220,000 on behalf of Security Life Insurance Company of America, as principal, in the matter of Clark v. Security Life Insurance Company of America filed in Superior Court for Early County, GA, we severally and not one with the other agree to indemnify you and hold you harmless in respect of our respective proportions of any and all loss, damages, claims, costs, expenses and attorney's fees which you may incur by reason of you having furnished the aforesaid bond and we further agree that we shall immediately pay you, upon your demand, the amount of any claim that you may receive under and by reason of your having issued the aforesaid bond.

Our respective proportion of the total indemnity shall be 1.2219 percent. In no event shall our aggregate liability exceed the sum of US $198,188.00.

Crown Life Insurance Company

By: _____

Title: 
BILL HEIDT
Senior Vice-President
Employee Benefits and
Reinsurance Operations

# ST. PAUL FIRE & MARINE INSURANCE COMPANY

BOND NO. 400 JU 0635

Supersedeas Bond in the matter of
Gordon B. Clark and Clarice J. Clark
v.
Security Life Insurance Company of America, et al.

At the request of the Assured and in consideration of your Company executing and delivering a Supersedeas Bond in the amount of US $16,220,000 on behalf of Security Life Insurance Company of America, as principal, in the matter of Clark v. Security Life Insurance Company of America filed in Superior Court for Early County, GA, we severally and not one with the other agree to indemnify you and hold you harmless in respect of our respective proportions of any and all loss, damages, claims, costs, expenses and attorney's fees which you may incur by reason of you having furnished the aforesaid bond and we further agree that we shall immediately pay you, upon your demand, the amount of any claim that you may receive under and by reason of your having issued the aforesaid bond.

Our respective proportion of the total indemnity shall be 1.2750 percent. In no event shall our aggregate liability exceed the sum of US $206,805.00.

The Equitable Life Assurance Society of the United States

By: _____    Corp. Seal

Title: Senior Vice President

## ST. PAUL FIRE & MARINE INSURANCE COMPANY

BOND NO. 400 JU 0635

Supersedeas Bond in the matter of
Gordon B. Clark and Clarice J. Clark
v.
Security Life Insurance Company of America, et al.

At the request of the Assured and in consideration of your Company executing and delivering a Supersedeas Bond in the amount of US $16,220,000 on behalf of Security Life Insurance Company of America, as principal, in the matter of Clark v. Security Life Insurance Company of America filed in Superior Court for Early County, GA, we severally and not one with the other agree to indemnify you and hold you harmless in respect of our respective proportions of any and all loss, damages, claims, costs, expenses and attorney's fees which you may incur by reason of you having furnished the aforesaid bond and we further agree that we shall immediately pay you, upon your demand, the amount of any claim that you may receive under and by reason of your having issued the aforesaid bond.

Our respective proportion of the total indemnity shall be 8.5000 percent. In no event shall our aggregate liability exceed the sum of US $1,378,700.00.

Manufacturers Life Insurance Company

By: _____[signature]_____ Nov 13/1996          Corp. Seal

Title: __Assistant Vice President__

## ST. PAUL FIRE & MARINE INSURANCE COMPANY

BOND NO. 400 JU 0635

Supersedeas Bond in the matter of
Gordon B. Clark and Clarice J. Clark
v.
Security Life Insurance Company of America, et al.

At the request of the Assured and in consideration of your Company executing and delivering a Supersedeas Bond in the amount of US $16,220,000 on behalf of Security Life Insurance Company of America, as principal, in the matter of Clark v. Security Life Insurance Company of America filed in Superior Court for Early County, GA, we severally and not one with the other agree to indemnify you and hold you harmless in respect of our respective proportions of any and all loss, damages, claims, costs, expenses and attorney's fees which you may incur by reason of you having furnished the aforesaid bond and we further agree that we shall immediately pay you, upon your demand, the amount of any claim that you may receive under and by reason of your having issued the aforesaid bond.

Our respective proportion of the total indemnity shall be 0.4250 percent. In no event shall our aggregate liability exceed the sum of US $68,935.00.

Phoenix Home Life Mutual Insurance Company

By: _____/s/ S. Sawyer_____   Corp. Seal

Title: ____Senior Vice President____

# ST. PAUL FIRE & MARINE INSURANCE COMPANY

BOND NO. 400 JU 0635

Supersedeas Bond in the matter of
Gordon B. Clark and Clarice J. Clark
v.
Security Life Insurance Company of America, et al.

At the request of the Assured and in consideration of your Company executing and delivering a Supersedeas Bond in the amount of US $16,220,000 on behalf of Security Life Insurance Company of America, as principal, in the matter of Clark v. Security Life Insurance Company of America filed in Superior Court for Early County, GA, we severally and not one with the other agree to indemnify you and hold you harmless in respect of our respective proportions of any and all loss, damages, claims, costs, expenses and attorney's fees which you may incur by reason of you having furnished the aforesaid bond and we further agree that we shall immediately pay you, upon your demand, the amount of any claim that you may receive under and by reason of your having issued the aforesaid bond.

Our respective proportion of the total indemnity shall be 3.9313 percent. In no event shall our aggregate liability exceed the sum of US $637,649.00.

Sun Life Assurance Company of Canada

By: _____     Corp.
    Vice President, Accident and Health Reinsurance     Seal

BY: _____
    Assistant Vice President, Financial Control and Auditing

## ST. PAUL FIRE & MARINE INSURANCE COMPANY

BOND NO. 400 JU 0635

Supersedeas Bond in the matter of
Gordon B. Clark and Clarice J. Clark
v.
Security Life Insurance Company of America, et al.

At the request of the Assured and in consideration of your Company executing and delivering a Supersedeas Bond in the amount of US $16,220,000 on behalf of Security Life Insurance Company of America, as principal, in the matter of Clark v. Security Life Insurance Company of America filed in Superior Court for Early County, GA, we severally and not one with the other agree to indemnify you and hold you harmless in respect of our respective proportions of any and all loss, damages, claims, costs, expenses and attorney's fees which you may incur by reason of you having furnished the aforesaid bond and we further agree that we shall immediately pay you, upon your demand, the amount of any claim that you may receive under and by reason of your having issued the aforesaid bond.

Our respective proportion of the total indemnity shall be 0.6906 percent. In no event shall our aggregate liability exceed the sum of US $112,019.00.

Swiss Re Life Company    America

By: _____    Corp. Seal

Title: _____ SVP

# ST. PAUL FIRE & MARINE INSURANCE COMPANY

BOND NO. 400 JU 0635

Supersedeas Bond in the matter of
Gordon B. Clark and Clarice J. Clark
v.
Security Life Insurance Company of America, et al.

At the request of the Assured and in consideration of your Company executing and delivering a Supersedeas Bond in the amount of US $16,220,000 on behalf of Security Life Insurance Company of America, as principal, in the matter of Clark v. Security Life Insurance Company of America filed in Superior Court for Early County, GA, we severally and not one with the other agree to indemnify you and hold you harmless in respect of our respective proportions of any and all loss, damages, claims, costs, expenses and attorney's fees which you may incur by reason of you having furnished the aforesaid bond and we further agree that we shall immediately pay you, upon your demand, the amount of any claim that you may receive under and by reason of your having issued the aforesaid bond.

Our respective proportion of the total indemnity shall be 1.0625 percent. In no event shall our aggregate liability exceed the sum of US $172,338.00.

Unum Life Insurance Company of America

By: _____   Corp. Seal

Title: Senior Vice President

11/22/1996 03:59   201-963-?179   TONY FERRARA &   PAGE 02
NOV 22 '96 14:30 FR MOUND COTTON & WOLLAN 212 363 3179 TO 12819633779   P.03/03

## ST. PAUL FIRE & MARINE INSURANCE COMPANY

### BOND NO. 400 JU 0635

Supersedeas Bond in the matter of
Gordon B. Clark and Clarice J. Clark

v.

Security Life Insurance Company of America, et al.

At the request of the Assured and in consideration of your Company executing and delivering a Supersedeas Bond in the amount of US $16,220,000 on behalf of Security Life Insurance Company of America, as principal, in the matter of Clark v. Security Life Insurance Company of America filed in Superior Court for Early County, GA, we severally and not one with the other agree to indemnify you and hold you harmless in respect of our respective proportions of any and all loss, damages, claims, costs, expenses and attorney's fees which you may incur by reason of you having furnished the aforesaid bond and we further agree that we shall immediately pay you, upon your demand, the amount of any claim that you may receive under and by reason of your having issued the aforesaid bond.

Our respective proportion of the total indemnity shall be 22.6312 percent. In no event shall our aggregate liability exceed the sum of US $3,670,787.00.

The Mercantile and General Reinsurance Company LIMITED

By: _____

Title: _Chief Operating Officer_____

Corp. Seal