IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


ST. PAUL FIRE AND MARINE INSURANCE          *
COMPANY
                                            *

            Plaintiff                       *

        v.                                  *          Civil Action No.: S02CV3123
                                            *
TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY, et al.,                  *

            Defendants                      *

    *       *       *       *       *       *       *       *       *       *

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit J, which is an attachment to Answer to First Amended Complaint, exists only in

paper format and if scanned will be larger than 1.5 MB.  It will be filed with the Clerk's Office in

paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of

the document identified above.

March 17, 2003                      /s/ *J. Snowden Stanley, Jr.*
                                    J. Snowden Stanley, Jr., Fed. Bar #00059
                                    SEMMES, BOWEN & SEMMES, P.C.
                                    250 West Pratt Street
                                    Baltimore, MD  21201
                                    (410) 539-5040
                                            - and -
                                    MOUND, COTTON, WOLLAN & GREENGRASS
                                    Lawrence S. Greengrass
                                    One Battery Park Plaza
                                    New York, NY 10004
                                    (212) 804-4200
                                    **ATTORNEYS FOR DEFENDANTS**

AMERICAN UNITED LIFE INSURANCE COMPANY,
FIRST ALLMERICA FINANCIAL LIFE INSURANCE
COMPANY, CONNECTICUT GENERAL LIFE
INSURANCE COMPANY, COMBINED INSURANCE
COMPANY OF AMERICA, CROWN LIFE INSURANCE
COMPANY, THE EQUITABLE LIFE ASSURANCE
SOCIETY OF THE UNITED STATES, MANUFACTURERS
LIFE INSURANCE COMPANY, PHOENIX LIFE
INSURANCE COMPANY, SUN LIFE ASSURANCE
COMPANY OF CANADA, SWISS RE LIFE & HEALTH
AMERICA, INC., SWISS RE AMERICA HOLDING
CORPORATION, UNUM LIFE INSURANCE COMPANY
OF AMERICA, GENERAL & COLOGNE LIFE RE OF
AMERICA, and CANADA LIFE INSURANCE
COMPANY OF AMERICA

(B0329012.WPD;1)