UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
### DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                          Reply to Northern Division Address

March 24, 2003

                                Re:   St. Paul Fire v Transamerica, et al
                                           WDQ-02-3123

Dear Counsel/Parties:

       This case has been **reassigned** to the judge noted below. Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent papers**. Any papers which fail to carry the correct case number may be returned to the sender.

       All papers should be filed in the Clerk's Office, Room 4415. Please contact the staff members listed below regarding any problems or questions.

                   REASSIGNED TO JUDGE:   William D. Quarles
                   DOCKETING CLERK:       Janet Buker

                                               Sincerely,

                                               Felicia C. Cannon, Clerk

                                            By:    /s/
                                                          Deputy Clerk

cc:    Judges
        Courtroom Deputy Clerks
        File
        Civil/Criminal Report
        Magistrate Judge

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
### DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                                     Reply to Northern Division Address

March 24, 2003

                                             Re:   St. Paul Fire v Transamerica, et al
                                                    WDQ-02-3123

Dear Counsel/Parties:

This case has been **reassigned** to the judge noted below. Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent papers**. Any papers which fail to carry the correct case number may be returned to the sender.

All papers should be filed in the Clerk's Office, Room 4415. Please contact the staff members listed below regarding any problems or questions.

                        REASSIGNED TO JUDGE:   William D. Quarles
                        DOCKETING CLERK:           Janet Buker

                                                           Sincerely,

                                                           Felicia C. Cannon, Clerk


                                                    By:     /s/
                                                            Deputy Clerk

cc:   Judges
      Courtroom Deputy Clerks
      File
      Civil/Criminal Report
      Magistrate Judge

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

March 24, 2003

                        Re:   St. Paul Fire v Transamerica, et al
                                WDQ-02-3123

Dear Counsel/Parties:

      This case has been **reassigned** to the judge noted below.  Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case.  **It is important that you use this case number on all subsequent papers**.  Any papers which fail to carry the correct case number may be returned to the sender.

      All papers should be filed in the Clerk's Office, Room 4415.  Please contact the staff members listed below regarding any problems or questions.

                REASSIGNED TO JUDGE:  William D. Quarles
                DOCKETING CLERK:      Janet Buker

                                      Sincerely,

                                      Felicia C. Cannon, Clerk

                            By:   /s/
                                      Deputy Clerk

cc:    Judges
        Courtroom Deputy Clerks
        File
        Civil/Criminal Report
        Magistrate Judge

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
### DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

March 24, 2003

                              Re:   St. Paul Fire v Transamerica, et al
                                    WDQ-02-3123

Dear Counsel/Parties:

This case has been **reassigned** to the judge noted below. Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent papers**. Any papers which fail to carry the correct case number may be returned to the sender.

All papers should be filed in the Clerk's Office, Room 4415. Please contact the staff members listed below regarding any problems or questions.

              REASSIGNED TO JUDGE:   William D. Quarles
              DOCKETING CLERK:       Janet Buker

                                     Sincerely,

                                     Felicia C. Cannon, Clerk


                              By:    ___/s/_____
                                     Deputy Clerk

cc:   Judges
      Courtroom Deputy Clerks
      File
      Civil/Criminal Report
      Magistrate Judge

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                          Reply to Northern Division Address

March 24, 2003

Re:   St. Paul Fire v Transamerica, et al
WDQ-02-3123

Dear Counsel/Parties:

This case has been **reassigned** to the judge noted below.  Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case.  **It is important that you use this case number on all subsequent papers**.  Any papers which fail to carry the correct case number may be returned to the sender.

All papers should be filed in the Clerk's Office, Room 4415.  Please contact the staff members listed below regarding any problems or questions.

REASSIGNED TO JUDGE:   William D. Quarles
DOCKETING CLERK:           Janet Buker

Sincerely,

Felicia C. Cannon, Clerk

By:   ___/s/_____
Deputy Clerk

cc:   Judges
Courtroom Deputy Clerks
File
Civil/Criminal Report
Magistrate Judge

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                              Reply to Northern Division Address

March 24, 2003

                              Re:   St. Paul Fire v Transamerica, et al
                                    WDQ-02-3123

Dear Counsel/Parties:

    This case has been **reassigned** to the judge noted below.  Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case.  **It is important that you use this case number on all subsequent papers**.  Any papers which fail to carry the correct case number may be returned to the sender.

    All papers should be filed in the Clerk's Office, Room 4415.  Please contact the staff members listed below regarding any problems or questions.

                REASSIGNED TO JUDGE:   William D. Quarles
                DOCKETING CLERK:         Janet Buker

                                        Sincerely,

                                        Felicia C. Cannon, Clerk


                             By:    /s/
                                 Deputy Clerk

cc:   Judges
      Courtroom Deputy Clerks
      File
      Civil/Criminal Report
      Magistrate Judge

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**