IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| St. Paul Fire and Marine Ins. Co. | * | |
| Plaintiff, | * | |
| v. | * | Case No. S02CV3123 |
| Transamerica Occidental Life Ins. Co., *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT
TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY**

Clerk:

Please enter the appearance of Gregg L. Bernstein, Esquire, Esquire, of Martin, Snyder & Bernstein, P.A., as counsel for Defendant Transamerica Occidental Life Insurance Company in the above-captioned matter.

Respectfully submitted,

_____/s/_____
Gregg L. Bernstein (Fed. Bar No. 01340)
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street, Suite 2000
Baltimore, Maryland 21202
Tel. No: (410) 547-7163
Fax No: (410) 547-1605
*Counsel for Defendant Transamerica Occidental Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2003, a copy of the Entry of Appearance on behalf of Defendant Transamerica Occidental Life Insurance Company, which was electronically filed in this case on March 25, 2003, was sent electronically or by first-class mail (pursuant to the Local Rules and the rules governing electronic filing) to the following:

Paul F. Strain
Venable, Baetjer & Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

James A. Dunbar
Venable, Baetjer & Howard, LLP
210 Allegheny Avenue
Towson, MD 21285-5517
*Counsel for Plaintiff, St. Paul Fire and Marine Ins. Co.*

Bryan D. Bolton
Funk and Bolton, PA
36 South Charles Street, 12th Floor
Baltimore, MD 21201
*Counsel for Defendant Principal Mutual Life Ins. Co.*

Cologne Life Reinsurance Co.
Thomas M. West, CEO
695 East Main Street
Stamford, CT 06901
*Defendant*

The Mercantile and General Reinsurance Company Limited
Walter B. Kielholz, Chairman
175 King Street
Armonk, NY 10504
*Defendant*

John Snowden Stanley, Jr.
Semmes Bowen and Semmes, PC
250 West Pratt Street
Baltimore, MD 21201
*Counsel for Defendants American United Life Ins. Co., First Allmerica Financial Life Ins. Co., Connecticut General Life Ins. Co., Combined Ins. Co. of America, Crown Life Ins. Co., The Equitable Life Assurance Society of the United States, Manufacturers Life Ins. Co., Phoenix Home Life Mutual Ins. Co., Sun Life Assurance Co. of Canada, Swiss Re Life Co. of America, Swiss Re America Holding Corp. and the Mercantile & General Reinsurance Co. Ltd., Unum Life Ins. Co. of America, General and Cologne Life Re of America, and Canada Life Ins. Co. of America*

_____/s/_____
Gregg L. Bernstein