SOCIETY OF THE UNITED STATES, MANUFACTURERS LIFE INSURANCE COMPANY, PHOENIX LIFE INSURANCE COMPANY, SUN LIFE ASSURANCE COMPANY OF CANADA, SWISS RE LIFE & HEALTH AMERICA, INC., SWISS RE AMERICA HOLDING CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, GENERAL & COLOGNE LIFE RE OF AMERICA, and CANADA LIFE INSURANCE COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March, 2003, a copies of Defendants' Motion for Stay of Proceedings, Memorandum in Support of the Motion and proposed Order were served, electronically or by first class mail (pursuant to the Local Rules and rules governing electronic filing) to the following:

Paul F. Strain, Esq.
Venable, Baetjer & Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

James A. Dunbar, Esq.
Venable, Baetjer & Howard, LLP
210 Alleghney Avenue
Towson, MD 21285
  *Counsel for Plaintiff, St. Paul Fire*
    *and Marine Insurance Co.*

Gregg L. Bernstein, Esq.
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street, Suite 2000
Baltimore, MD 21202
  *Counsel for Defendant*
  *Transamerica Occidental Life Insurance Co.*

The Mercantile and General Reinsurance
 Company, Limited
Walter B. Kielholz, Chairman
175 King Street
Armonk, NY 10504
  *Defendant*

Bryan D. Bolton, Esq.
Funk and Bolton, P.A.
36 South Charles Street, 12th Floor
Baltimore, MD 21201
  *Counsel for Defendant*
  *Principal Mutual Life Insurance Co.*

Cologne Life Reinsurance Company
Thomas M. West, CEO
695 East Main Street
Stamford, CT 06901
  *Defendant*

/s/ ***J. Snowden Stanley, Jr.***
J. Snowden Stanley, Jr.

(B0331340.WPD;1)