IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: S02CV3123 |
| | * | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al., | * | |
| Defendants | * | |

* * * * * * * * * *

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 1, which is an attachment to Memorandum in Support of Motion to Stay Proceedings, was previously e-filed on March 17, 2003 and is docket pleading number 10 and would, if scanned again, be longer than 1.5 MB.

March 26, 2003

/s/ ***J. Snowden Stanley, Jr.***
J. Snowden Stanley, Jr., Fed. Bar #00059
SEMMES, BOWEN & SEMMES, P.C.
250 West Pratt Street
Baltimore, MD  21201
(410) 539-5040
        - and -
MOUND, COTTON, WOLLAN & GREENGRASS
Lawrence S. Greengrass
One Battery Park Plaza
New York, NY 10004
(212) 804-4200
**ATTORNEYS FOR DEFENDANTS**
AMERICAN UNITED LIFE INSURANCE COMPANY,
FIRST ALLMERICA FINANCIAL LIFE INSURANCE

COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, COMBINED INSURANCE COMPANY OF AMERICA, CROWN LIFE INSURANCE COMPANY, THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, MANUFACTURERS LIFE INSURANCE COMPANY, PHOENIX LIFE INSURANCE COMPANY, SUN LIFE ASSURANCE COMPANY OF CANADA, SWISS RE LIFE & HEALTH AMERICA, INC., SWISS RE AMERICA HOLDING CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, GENERAL & COLOGNE LIFE RE OF AMERICA, and CANADA LIFE INSURANCE COMPANY OF AMERICA

(B0331417.WPD;1)