IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * | Civil Action No.: WDQ 02CV3123 |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

The Motion for Stay of Proceedings filed by the Defendants, AMERICAN UNITED LIFE INSURANCE COMPANY, FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, COMBINED INSURANCE COMPANY OF AMERICA, CROWN LIFE INSURANCE COMPANY, THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, MANUFACTURERS LIFE INSURANCE COMPANY, PHOENIX LIFE INSURANCE COMPANY, SUN LIFE ASSURANCE COMPANY OF CANADA, SWISS RE LIFE & HEALTH AMERICA, INC., SWISS RE AMERICA HOLDING CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, GENERAL & COLOGNE LIFE RE OF AMERICA, and CANADA LIFE INSURANCE COMPANY OF AMERICA, and all replies having been considered, it is the _____ day of _____, 2003,

ORDERED, that all proceedings in this action shall be stayed as to all of the Defendants listed above until the resolution of <u>Security Life Insurance Company v. St. Paul Fire and Marine Insurance Company</u>, currently pending before the Georgia Court of Appeals.

_____
Judge, United States District Court
 For the District of Maryland

(B0331377.WPD;1)