

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 MAR 26  P 2: 26

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

St. Paul Fire and Marine Ins. Co.  *

     Plaintiff(s)  *  Case No.: WDQ02L3123RE

vs.  *

Transamerica Occidental Life Ins. Co., et al.  *

     Defendant(s)

\*\*\*\*\*\*

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Gregg L. Bernstein, am a member in good standing of the bar of this Court. My bar number is 01340. I am moving the admission of Reid A. Evers to appear *pro hac vice* in this case as counsel for Transamerica Occidental Life Insurance Co.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| California Supreme Court | December 22, 1976 |
| United States District Court for the Central District of California | November 20, 1978 |
| United States District Court for the Northern District of California | July 13, 1987 |
| United States Court of Appeals for the Ninth Circuit | June 27, 1988 |

**SEE Addendum for additional Courts and Dates of Admission**

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

U.S. District Court (Rev. 03/06/2003) - Pro Hac Vice       Page 1 of 3



of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.  The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT
_____
Signature
Gregg L. Bernstein
_____

Martin, Snyder & Bernstein, P.A.
Firm

217 East Redwood Street, Suite 2000, Baltimore, MD 21202
Address

410-547-7163
Telephone Number

410-547-1605
Fax Number

PROPOSED ADMITTEE
_____
Reid A. Evers
Printed Name

Transamerica Occidental Life Insurance Co.
Firm

P.O. Box 2101, Los Angeles, CA 90051-0101
Address

213-742-3595
Telephone Number

213-763-9680
Fax Number

*************************************************************

**ORDER**

☒ GRANTED        ☐ DENIED

3-27-03
Date

Felicia C. Cannon
Clerk, United States District Court
by: _____

# Addendum to Motion for
# <u>Admission Pro Hac Vice of Reid A. Evers</u>

| <u>Court</u> | <u>Date of Admission</u> |
|---|---|
| United States Court of Appeals for the Third Circuit | April 24, 1992 |
| United States District Court for the Central District of Illinois | February 25, 1997 |
| United States District Court for the Eastern District of Michigan | May 5, 1997 |
| United States District Court for the Southern District of California | January 5, 1999 |
| United States Court of Appeals for the Eighth Circuit | August 17, 1999 |
| United States District Court for the District of Nebraska | February 12, 2001 |
| Supreme Court of the United States | November 13, 2001 |
| United States Court of Appeals for the First Circuit | April 26, 2002 |
| United States Court of Appeals for the Fifth Circuit | July 11, 2002 |