IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * | Civil Action No.: WDQ-02CV3123 |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | |
| | * | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al., | | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Rule 103.3 of the Local Rules of the United States District Court for the District of Maryland, the undersigned attorneys of record for Defendants AMERICAN UNITED LIFE INSURANCE COMPANY, FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, COMBINED INSURANCE COMPANY OF AMERICA, CROWN LIFE INSURANCE COMPANY, THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, MANUFACTURERS LIFE INSURANCE COMPANY, PHOENIX LIFE INSURANCE COMPANY, SUN LIFE ASSURANCE COMPANY OF CANADA, SWISS RE LIFE & HEALTH AMERICA, INC., SWISS RE AMERICA HOLDING CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, GENERAL & COLOGNE LIFE RE OF AMERICA, and CANADA LIFE INSURANCE COMPANY OF AMERICA ("Defendants"), discloses that the following are corporate parents, subsidiaries or

affiliates of Defendants.

Defendant American United Life Insurance Company:
American United Mutual Insurance Holding Co.
OneAmerican Financial Partners, Inc.
CNL Financial Corporation
Cherokee National Life Insurance Company
CNL/Insurance America Inc.
Pioneer Mutual Life Insurance Company
Pioneer Mutual Financial Services, Inc.
American United Life Re S.A.
OneAmerica Securities Inc.
OAS Insurance Agency
AUL Equity Sales Agency, Inc.
Commodore National Reinsurance Co., LTD
CNL Resource Marketing Corp.
CNL Technology Group, Inc.
The State Life Insurance Co.
AUL Reinsurance Management Services, LLC
AUL Reinsurance Management Services (Bermuda) Ltd.

Defendant First Allmerica Financial Life Insurance Company:
AAM Equity Fund
AAM High Yield Fund, LLC
Advantage Insurance Network, Inc.
AFC Capital Trust I
Allmerica Asset Management, Limited
Allmerica Benefits Inc.
Allmerica Equity Index Pool
Allmerica Financial Alliance Insurance Company
Allmerica Financial Benefit Insurance Company
Allmerica Financial Corporation
Allmerica Financial Insurance Brokers, Inc.
Allmerica Financial Investment Management Services, Inc.
Allmerica Financial Life Insurance and Annuity Company
Allmerica Financial Services Insurance Agency, Inc.
Allmerica Funding Corp.
Allmerica Investments Insurance Agency Inc. of Alabama
Allmerica Investments Insurance Agency of Florida, Inc.
Allmerica Investments Insurance Agency Inc. of Georgia
Allmerica Investments Insurance Agency Inc. of Kentucky
Allmerica Investments Insurance Agency Inc. of Mississippi
Allmerica Investment Trust

Allmerica Plus Insurance Agency, Inc.
Allmerica Securities Trust
Allmerica Trust Company, N.A.
AMGRO, Inc.
AMGRO Receivables Corporation
Citizens Insurance Company of America
Citizens Insurance Company of Illinois
Citizens Insurance Company of Ohio
Citizens Insurance Company of the Midwest
Citizens Management Inc.
Financial Profiles, Inc.
First Sterling Limited
First Sterling Reinsurance Company Limited
Greendale Special Placements Fund
The Hanover American Insurance Company
The Hanover Insurance Company
Hanover Lloyd's Insurance Company
Hanover Texas Insurance Management Company, Inc.
Lloyds Credit Corporation
Massachusetts Bay Insurance Company
Opus Investment Management, Inc.
VeraVest, Inc.
VeraVest Investments, Inc.
VeraVest Investment Advisors, Inc.

Defendant Connecticut General Life Insurance Company:
See attached Exhibit A.

Defendant General & Cologne Life Re of America:
Askarben Life Insurance Company
Berkshire Hathaway Incorporated
Berkshire Hathaway International Insurance Limited
Berkshire Hathaway Life Insurance Company of Nebraska
BH Columbia Incorporated
BHG Life Insurance Company
Blue Chip Stamps
Brookwood Insurance Company
Central States of Omaha Companies
Central States Indemnity Co. of Omaha
Cologne Holding Company of America
Cologne Reinsurance Co. (Dublin) Limited
Columbia Insurance Company
Continental Divide Insurance Company

Cornhusker Casualty Company
Cypress Insurance Company (CA)
Europa Rueckversicherung Aktiengesellschaft
Fairfield Insurance Company
Faraday Reinsurance Co. Limited
GEICO Casualty Company
GEICO Corporation
GEICO General Insurance Company
GEICO Indemnity Company
General & Cologne Life Re (Barbados) Ltd.
The General & Cologne Re Africa Limited
General & Cologne Re (Bermuda)
General & Cologne Re Brasil Ltda.
General & Cologne Re Cia Re
General & Cologne Re (Sur) Compania de Reaseguros S.A.
General & Cologne Re Iberica Correadors & Reaseguros
General & Cologne Reinsurance (Barbados) Ltd.
General & Cologne Scandinavia A/S
Gen Re Holdings Incorporated
General Re (Bermuda) Ltd
General Re Cia de Reaseguros S.A.
General Re - CKAG Reinsurance & Investments SARL
General Reinsurance Corporation
General Star Indemnity Company
General Star International Indemnity Ltd.
General Star National Insurance Company
GeneralCologne Life Re Australia Limited
GeneralCologne Life Re UK Limited
GeneralCologne Re Australia Limited
GeneralCologne Re Mexico, S.A.
GeneralCologne Re Ruckverssicherungs AG Wien
GeneralCologne Re UK Ltd
Genesis Indemnity Insurance Company
Genesis Insurance Company
Government Employees Insurance Company
GRD Corporation
IdeaLife Insurance Company
Kansas Bankers Surety Company
Koelnische Rueckversicherung Gesellschaft AG
Mount Vernon Fire Insurance Company
National Fire and Marine Insurance Company
National Indemnity Company
National Indemnity Company of Mid-America

National Indemnity Company of the South
National Liability Company and Fire Insurance Company
National Re Corporation
National Reinsurance Corporation
North Star Reinsurance Corporation
Oak River Insurance Company
OBH Incorporated
Redwood Fire and Casualty Insurance Company
Reinsurance Underwriting Services Ltd.
Republic Insurance Company
U.S. Underwriters Insurance Company
Unione Italiana Reinsurance Company of America, Inc.
United States Liability Insurance Company
U S Investment Corporation
Wesco Financial Corporation
Wesco Holdings Midwest Incorporated
Wesco-Financial Insurance Company

Defendant Combined Insurance Company of America:
Aon Corporation
CICA Superannuation Nominees Pty Ltd
CICA SPE, LLC
Combined Insurance Company of New Zealand Limited
Combined Life Insurance Company of New York
Combined Seguros Mexico, S.A. de C.V.
Employee Benefit Communications, Inc.
Highplain Limited
Resource Life Insurance Company
Sterling Life Insurance Company
Superannuation Fund (CICNZ) Limited
VOL Properties Corporation
123 Newco. Inc.

Defendant The Equitable Life Assurance Society of the United States:
AXA Financial Inc.
AXA Group of France
Alliance Capital Management, L.P.

Defendant Manufacturers Life Insurance Company:
The Manufacturers Investment Corporation
The Manufacturers Life Insurance Company of New York
The Manufacturers Life Insurance Company (U.S.A.)
MFC Global Investment Management (U.S.A.) Limited

<u>Defendant Phoenix Life Insurance Company:</u>
See attached Exhibit B.

<u>Defendant Sun Life Assurance Company of Canada:</u>
Sun Life Financial Services of Canada, Inc.
Sun Life of Canada (U.S.) Holdings, Inc.
Sun Life Assurance Company of Canada - U.S. Operations Holdings, Inc.
Sun Life Insurance and Annuity Company of New York
Keyport Life Insurance Company
Keyport Benefit Life Insurance Company
Independence Life & Annuity Company
Clarica Life Reinsurance Company
Clarica Reinsurance Holdings
Clarica US Inc.

<u>Defendant Swiss Re Life & Health America, Inc.:</u>
Airco Receivables Purchase I, LLC
Allied Life Financial Corporation
Allied Life Brokerage Agency, Inc.
Atlantic International Reinsurance Company Ltd.
BGFRTS, L.C.
CDMB Reinsurance Company Ltd.
The Center Insurance Services, Inc.
The Center Marine Managers, Inc.
Cincinnati Real Properties, Incorporated
Conning Corporation
Conning Inc.
Conning & Company
Conning Asset Management Company
Conning Research & Consulting, Inc.
Employers Direct Insurance Company
Employers Direct Corporation
European Reinsurance Company of Zurich
European International Holding Company Ltd.
European International Reinsurance Company Ltd.
Facility Insurance Holding Corporation
Facility Insurance Corporation
Fort Wayne Health & Casualty Insurance Company
Fort Wayne Intermediaries, Inc.
Fort Wayne Management Services, Inc.
Fort Wayne Structured Settlement, Inc.
Fort Wayne Underwriting Services, Ltd.
Fox-Pitt, Kelton Group Limited

Fox-Pitt, Kelton Corporation
Fox-Pitt, Kelton Inc.
FW (China) Inc.
Gerling NCM Credit and Finance AG
Gerling NCM Credit Insurance, Inc.
GSSW, Limited Partnership
GSSW-REO Ownership Corporation
I.C.H. Funding Corp.
International Collections, Inc.
KB Management, L.L.C.
Life Re Capital Trust I
Life Re Capital Trust II
Life Re International, Ltd.
Lincoln National Reassurance Company
Lincoln National Risk Management, Inc.
Lincoln Re, SA
Linsco Reinsurance Company
LSL Financial Corporation
Marketing One Financial Corporation
Mission Life Corporation
Mission Life Insurance Company of America
MRECO Incorporated
NAS Management Inc.
NCM Holding NV
Nederlandsche Credietverzekering Maatschappij NV
North American Capacity Insurance Company
North American Elite Insurance Company
North American Specialty Insurance Company
Old Fort Insurance Company, Ltd.
Pacific Life and Accident Insurance Company
PartnerRe Ltd.
PartnerRe Holdings SA
PartnerRe SA
PartnerRe U.S. Corporation
Partner Reinsurance Company of the U.S.
PartnerRe Asset Management Corporation
PartnerRe Insurance Company of New York
PartnerRe New Solutions Inc.
PartnerRe Finance I Inc.
PartnerRe Finance II Inc.
PartnerRe Capital Trust I
PartnerRe Capital Trust II
PartnerRe Capital Trust III

Penn La Franco Corporation
Pro US LLC
Quail Creek Recreation, Inc.
REALIC of Jacksonville Plans, Inc.
Reassure America Life Insurance Company
Reassure America Life Insurance Company (Canadian Branch)
Rio Bravo Investimentos, Ltda.
ROP Financial Group Inc.
ROP Inc.
Saddlecreek Enterprises, L.L.C.
Servicios de Evaluacion de Riesgos
Securitas Capital (UK) Limited
Securitas Capital, LLC
Securitas Latin America Management Co., Ltd.
Securitas EDC, LP
Securitas EDC, Ltd.
Solutions Reinsurance Limited
Special Pooled Risk Administrators
Southwestern Financial Services Corporation
Southwestern Life Holdings Inc.
Southwestern Life Insurance Company
SRCP (Bermuda) Ltd.
SRCP Holding, Inc.
SRCP-SH, LLC
Stockwood Reinsurance Company Ltd.
SWFC Nevada Inc.
Swiss-Am Reassurance Company
Swiss Re America Holding Corporation
Swiss Re Asset Management (Americas) Inc.
Swiss Re Asset Management (Canada) Ltd.
Swiss Re Atrium Corporation
Swiss Re Capitol Management (Bermuda) Ltd.
Swiss Re Capitol Markets Corporation
Swiss Re Capitol Markets (Japan) Corporation
Swiss Re Capitol Partners (US) Inc.
Swiss Re Financial Products Corporation
Swiss Re Financial Services Corporation
Swiss Re GB Ltd.
Swiss Re Holdings (Canada) Inc.
Swiss Re Life & Health America Holding Company
Swiss Re Life & Health Canada
Swiss Re Management Corporation
Swiss Re Partnership Holding, LLC

Swiss Re Underwriters Agency Inc.
Swiss Re Underwriters Representatives Ltd.
Swiss Reinsurance America Corporation
Swiss Reinsurance Company
Swiss Reinsurance Company (Canadian Branch)
Swiss Reinsurance Company Canada
SW Houston Hotel, Ltd.
SWL Marketing Services, Inc.
SWL Preneed Services, Inc.
Transat Madison Corporation
Underwriters Re Group Inc.
Underwriters Reinsurance Company
URC International Inc.
URC Management Inc.
Washington International Insurance Company

Defendant Swiss Re America Holding Corporation:
Airco Receivables Purchase I, LLC
Allied Life Financial Corporation
Allied Life Brokerage Agency, Inc.
Atlantic International Reinsurance Company Ltd.
BGFRTS, L.C.
CDMB Reinsurance Company Ltd.
The Center Insurance Services, Inc.
The Center Marine Managers, Inc.
Cincinnati Real Properties, Incorporated
Conning Corporation
Conning Inc.
Conning & Company
Conning Asset Management Company
Conning Research & Consulting, Inc.
Employers Direct Insurance Company
Employers Direct Corporation
European Reinsurance Company of Zurich
European International Holding Company Ltd.
European International Reinsurance Company Ltd.
Facility Insurance Holding Corporation
Facility Insurance Corporation
Fort Wayne Health & Casualty Insurance Company
Fort Wayne Intermediaries, Inc.
Fort Wayne Management Services, Inc.
Fort Wayne Structured Settlement, Inc.
Fort Wayne Underwriting Services, Ltd.

Fox-Pitt, Kelton Group Limited
Fox-Pitt, Kelton Corporation
Fox-Pitt, Kelton Inc.
FW (China) Inc.
Gerling NCM Credit and Finance AG
Gerling NCM Credit Insurance, Inc.
GSSW, Limited Partnership
GSSW-REO Ownership Corporation
I.C.H. Funding Corp.
International Collections, Inc.
KB Management, L.L.C.
Life Re Capital Trust I
Life Re Capital Trust II
Life Re International, Ltd.
Lincoln National Reassurance Company
Lincoln National Risk Management, Inc.
Lincoln Re, SA
Linsco Reinsurance Company
LSL Financial Corporation
Marketing One Financial Corporation
Mission Life Corporation
Mission Life Insurance Company of America
MRECO Incorporated
NAS Management Inc.
NCM Holding NV
Nederlandsche Credietverzekering Maatschappij NV
North American Capacity Insurance Company
North American Elite Insurance Company
North American Specialty Insurance Company
Old Fort Insurance Company, Ltd.
Pacific Life and Accident Insurance Company
PartnerRe Ltd.
PartnerRe Holdings SA
PartnerRe SA
PartnerRe U.S. Corporation
Partner Reinsurance Company of the U.S.
PartnerRe Asset Management Corporation
PartnerRe Insurance Company of New York
PartnerRe New Solutions Inc.
PartnerRe Finance I Inc.
PartnerRe Finance II Inc.
PartnerRe Capital Trust I
PartnerRe Capital Trust II

PartnerRe Capital Trust III
Penn La Franco Corporation
Pro US LLC
Quail Creek Recreation, Inc.
REALIC of Jacksonville Plans, Inc.
Reassure America Life Insurance Company
Reassure America Life Insurance Company (Canadian Branch)
Rio Bravo Investimentos, Ltda.
ROP Financial Group Inc.
ROP Inc.
Saddlecreek Enterprises, L.L.C.
Servicios de Evaluacion de Riesgos
Securitas Capital (UK) Limited
Securitas Capital, LLC
Securitas Latin America Management Co., Ltd.
Securitas EDC, LP
Securitas EDC, Ltd.
Solutions Reinsurance Limited
Special Pooled Risk Administrators
Southwestern Financial Services Corporation
Southwestern Life Holdings Inc.
Southwestern Life Insurance Company
SRCP (Bermuda) Ltd.
SRCP Holding, Inc.
SRCP-SH, LLC
Stockwood Reinsurance Company Ltd.
SWFC Nevada Inc.
Swiss-Am Reassurance Company
Swiss Re Asset Management (Americas) Inc.
Swiss Re Asset Management (Canada) Ltd.
Swiss Re Atrium Corporation
Swiss Re Capitol Management (Bermuda) Ltd.
Swiss Re Capitol Markets Corporation
Swiss Re Capitol Markets (Japan) Corporation
Swiss Re Capitol Partners (US) Inc.
Swiss Re Financial Products Corporation
Swiss Re Financial Services Corporation
Swiss Re GB Ltd.
Swiss Re Holdings (Canada) Inc.
Swiss Re Life & Health America, Inc.
Swiss Re Life & Health America Holding Company
Swiss Re Life & Health Canada
Swiss Re Management Corporation

Swiss Re Partnership Holding, LLC
Swiss Re Underwriters Agency Inc.
Swiss Re Underwriters Representatives Ltd.
Swiss Reinsurance America Corporation
Swiss Reinsurance Company
Swiss Reinsurance Company (Canadian Branch)
Swiss Reinsurance Company Canada
SW Houston Hotel, Ltd.
SWL Marketing Services, Inc.
SWL Preneed Services, Inc.
Transat Madison Corporation
Underwriters Re Group Inc.
Underwriters Reinsurance Company
URC International Inc.
URC Management Inc.
Washington International Insurance Company

Defendant Unum Life Insurance Company of America:
UnumProvident Corporation
BenefitAmerica, Inc.
Benefit Technologies Inc.
Boston Compania Argentina de Seguros S.A.
Boston Seguros de Vida S.A.
Claim Service International, Inc.
Claim Services International Limited
Colonial Companies Inc.
Colonial Life & Accident Insurance Company
Duncanson & Holt Asia PTE Ltd.
Duncanson & Holt Agencies Limited
Duncanson & Holt, Canada, Ltd.
Duncanson & Holt, Europe Ltd.
Duncanson & Holt, Inc.
Duncanson & Holt Services, Inc.
Duncanson & Holt Syndicate Management Ltd.
Duncanson & Holt Underwriters Ltd.
Fibos, S.A.
First Unum Life Insurance Company
Genex Consultants Inc.
GENEX Services Inc.
GENEX Services of Canada Inc.
Genex Services Inc. of Ohio
LRG Services Limited
Options & Choices, Inc.

The Paul Revere Corporation
The Paul Revere Life Insurance Company
The Paul Revere Variable Annuity Insurance Company
Primecor Inc.
Provident Insurance Agency LLC
Provident Investment Management LLC
Provident Life and Accident Insurance Company
Provident Life and Casualty Insurance Company
SP Administrator LLC
Trafalgar Underwriting Agencies Ltd.
TRI-CAN Reinsurance, Inc.
UNUM Development Corporation
UNUM European Holding Company Limited
UNUM International Underwriters Inc.
UNUM Japan Accident Insurance Company Limited
UNUM Holding Company
UNUM Limited
UNUMProvident International Ltd.

<u>Defendant Canada Life Insurance Company of America:</u>
The Canada Life Assurance Company
Canada Life Capitol Corporation
Canada Life Corporation
Canada Life Insurance Company of New York
Canada Life Insurance Company of Puerto Rico, Inc.
Canada Life International Holding
Canada Life International Re Limited


In addition, the undersigned attorneys of record for the above named defendants state upon information and belief that the following entities may have a financial interest in the outcome of this litigation by virtue of their agreements to provide indemnity with respect to the supersedeas bond securing the judgment from which this action arises:

Security Life Insurance Company of America
Security American Financial Enterprises, Inc.
Allianz Life Insurance Company of North America

SEMMES, BOWEN & SEMMES, P.C.


/s/ ***J. Snowden Stanley, Jr.***
J. Snowden Stanley, Jr., Fed. Bar #00059
SEMMES, BOWEN & SEMMES, P.C.
250 West Pratt Street
Baltimore, MD  21201
(410) 539-5040
      - and -
MOUND, COTTON, WOLLAN & GREENGRASS
Lawrence S. Greengrass
One Battery Park Plaza
New York, NY 10004
(212) 804-4200
**ATTORNEYS FOR DEFENDANTS**
AMERICAN UNITED LIFE INSURANCE COMPANY, FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, COMBINED INSURANCE COMPANY OF AMERICA, CROWN LIFE INSURANCE COMPANY, THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, MANUFACTURERS LIFE INSURANCE COMPANY, PHOENIX LIFE INSURANCE COMPANY, SUN LIFE ASSURANCE COMPANY OF CANADA, SWISS RE LIFE & HEALTH AMERICA, INC., SWISS RE AMERICA HOLDING CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, GENERAL & COLOGNE LIFE RE OF AMERICA, and CANADA LIFE INSURANCE COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March, 2003, a copies of Defendants' Disclosure of Affiliations and Financial Interest were served, electronically or by first class mail (pursuant to the Local Rules and rules governing electronic filing) to the following:

Paul F. Strain, Esq.
Venable, Baetjer & Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

James A. Dunbar, Esq.
Venable, Baetjer & Howard, LLP
210 Alleghney Avenue
Towson, MD 21285
 *Counsel for Plaintiff, St. Paul Fire
   and Marine Insurance Co.*

Gregg L. Bernstein, Esq.
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street, Suite 2000
Baltimore, MD 21202
 *Counsel for Defendant
 Transamerica Occidental Life Insurance Co.*

The Mercantile and General Reinsurance
 Company, Limited
Walter B. Kielholz, Chairman
175 King Street
Armonk, NY 10504
 *Defendant*

Bryan D. Bolton, Esq.
Funk and Bolton, P.A.
36 South Charles Street, 12th Floor
Baltimore, MD 21201
 *Counsel for Defendant
 Principal Mutual Life Insurance Co.*

Cologne Life Reinsurance Company
Thomas M. West, CEO
695 East Main Street
Stamford, CT 06901
 *Defendant*

/s/ ***J. Snowden Stanley, Jr.***
J. Snowden Stanley, Jr.

(B0331671.WPD;1)