

**Corporate Directory**
- Alphabetical
- By Ownership
- Directors
- Officers
- License Information

**Corporate Directory Alphabetical**

Aberdeen Asset Management PLC
Adriaen's Landing Management Company, LLC
AFJP Prorenta, S.A.
AGL Life Assurance Company
American Phoenix Life and Reassurance Company
Bittencourt, S.A.
BOA Properties, Inc.
Capital West Asset Management LLC
CAT Bonds Investors, LLC
DP Holding, Ltd.
DPCM Holding, Inc. (f/k/a Duff & Phelps Capital Markets Co.)
Duff & Phelps Investment Management Company
Emprendimiento Compartido, S.A.
Euclid Advisers, LLC
Inverness/Phoenix Capital, LLC
Kayne Anderson Rudnick Investment Management, LLC
Lombard International Assurance, S.A.
Main Street Management Company
Next Generation Ventures LLC
Pasadena Capital Corporation
PFG Distribution Company
PFG Holdings, Inc.
Philadelphia Financial Group, Inc.
Philadelphia Financial Insurance Agency of Massachusetts, Inc.
PHL Associates Insurance Agency of MA, Inc.
PHL Associates Insurance Agency of NM, Inc.
PHL Associates of Texas, Inc.
PHL Global Holding Company
PHL Variable Insurance Company
Phoenix-Aberdeen International Advisors, LLC


EXHIBIT A




**Corporate Directory Alphabetical**

Phoenix-Aberdeen International Advisors, LLC
Phoenix Capital Advisor, Inc.
Phoenix Distribution Holding Company
Phoenix Equity Planning Corporation
Phoenix Foundation
Phoenix Founders, Inc.
Phoenix Global Investments Co., Ltd. (f/k/a Phoenix Financial Company)
Phoenix Global Solutions (India) Pvt. Ltd.
Phoenix Global Solutions, Inc.
Phoenix Global Wealth Management, Ltd. (f/k/a APLAR Service Limited)
Phoenix International Capital Corporation (formerly, Phoenix Strategic Capital Corpo
Phoenix Investment Counsel, Inc.
Phoenix Investment Management Company
Phoenix Investment Partners, Ltd.
Phoenix Life and Annuity Company
Phoenix Life and Reassurance Company of New York
Phoenix Life Insurance Company
Phoenix National Insurance Company
(formerly Community National Assurance Company)
Phoenix National Trust Company (f/k/a Phoenix Charter Oak Trust Company)
Phoenix National Trust Holding Company
Phoenix New England Trust Holding Company (formerly known as "PM Trust Holdin
Phoenix Realty Equity Investments, Inc.
Phoenix Realty Investors, Inc.
Phoenix Strategic Capital Corporation
Phoenix Variable Advisors, Inc.
Phoenix/Zweig Advisers, LLC
PM Holdings, Inc.
PML International Insurance Limited
Practicare, Inc.
Profuturo Cia de Retiro S.A.



**Corporate Directory Alphabetical**

- Profuturo Cia de Retiro S.A.
- Profuturo Cia de Seguros de Vida S.A.
- PXP Institutional Markets Group (f/k/a National Securities Research Corporation)
- PXP International, Ltd.
- PXP Securities Corporation
- Quality Trust
- Roger Engemann Management Co., Inc.
- Roger Engemann & Associates, Inc.
- Rutherford Financial Corporation
- Rutherford, Brown & Catherwood, L.L.C.
- Seneca Capital Management LLC
- Tacit Actuarial Limited
- Tacit Australia Limited
- Tacit Group Limited
- Tacit Hong Kong Limited
- Tacit New Zealand Limited
- Tacit (UK) Limited
- The Phoenix Companies, Inc.
- The Phoenix Edge Series Fund
- Walnut Asset Management, L.L.C.
- Worldwide Phoenix Limited
- WS Griffith Advisors, Inc.
- WS Griffith Associates, Inc. (f/k/a PHL Associates, Inc.)
- WS Griffith Securities, Inc. (f/k/a W.S. Griffith & Co., Inc.)
- W.S. Griffith Insurance Agency of MA, Inc.
- W.S. Griffith Insurance Agency of TX, Inc.



**Corporate Directory Alphabetical**
W.S. Griffith Insurance Agency of TX, Inc.

Corporate Profile System
Legal Ownership List
Subsidiary and Affiliated Companies
of
CIGNA Corporation
As of 03/20/2003

```
| | | | | | | | |
CIGNA CORPORATION
  CIGNA HOLDINGS, INC.
    BANCO EXCEL ECONOMICO S.A.
    CIGNA INTELLECTUAL PROPERTY, INC.
    CIGNA INVESTMENT GROUP, INC.
      CIGNA INTERNATIONAL FINANCE INC.
        CIGNA INTERNATIONAL INVESTMENT ADVISORS, LTD.
          CIGNA FUND MANAGERS LIMITED
          CIGNA MEZZANINE HOLDINGS, INC.
          CIGNA INTERNATIONAL INVESTMENT ADVISORS LIMITADA
          CIGNA INTERNATIONAL INVESTMENT ADVISORS K.K.
      MALROSIAN, INC.
      CIGNA INVESTMENTS, INC.
        CIGNA MORTGAGE SECURITIES HARTFORD, LLC
        CIGNA MORTGAGE SECURITIES PHILADELPHIA, LLC
        TIMESSQUARE CAPITAL MANAGEMENT, INC.
          CIGNA FUNDS GROUP
          CIGNA FINANCIAL FUTURES, INC.
          CIGNA HIGH INCOME SHARES
          CIGNA INSTITUTIONAL FUNDS GROUP
          CIGNA MEZZANINE PARTNERS III, INC.
            CIGNA MEZZANINE PARTNERS III, L.P.
          CIGNA VARIABLE PRODUCTS GROUP
          CIGNA INVESTMENT SECURITIES
          TIMESSQUARE FUNDS MANAGEMENT, LTD
          TIMESSQUARE IAF MANAGING MEMBER LLC
            THE INDUSTRIAL ALLIANCE FUND, LLC
      CIGNA MEZZANINE CAPITAL, INC.
        CIGNA MEZZANINE HOLDINGS II, INC.
      COTTAGE GROVE REAL ESTATE, INC.
      CIGNA PRINTING, INC.
    CONNECTICUT GENERAL CORPORATION
      ARBOR REINSURANCE COMPANY, LIMITED
      BENEFITS ACCESS INC.
      CG INDIVIDUAL TAX BENEFITS PAYMENTS, INC.
      CG LIFE PENSION BENEFITS PAYMENTS, INC.
      CG LINA PENSION BENEFITS PAYMENTS, INC.
      CIGNA BANK & TRUST COMPANY, FSB
      CIGNA BENEFITS PROCESSING IRELAND LTD.
      CIGNA DENTAL HEALTH, INC.
        CIGNA DENTAL HEALTH OF CALIFORNIA, INC.
        CIGNA DENTAL HEALTH OF COLORADO, INC.
        CIGNA DENTAL HEALTH OF DELAWARE, INC.
        CIGNA DENTAL HEALTH OF FLORIDA, INC.
        CIGNA DENTAL HEALTH OF ILLINOIS, INC.
        CIGNA DENTAL HEALTH OF KANSAS, INC.
        CIGNA DENTAL HEALTH OF KENTUCKY, INC.
        CIGNA DENTAL HEALTH OF MARYLAND, INC.
| | | | | | | | |
* Investment Company
```

Page 1 of 6

Corporate Profile System
Legal Ownership List
Subsidiary and Affiliated Companies
of
CIGNA Corporation
As of 03/20/2003

```
─  CIGNA DENTAL HEALTH OF MISSOURI, INC.
─  CIGNA DENTAL HEALTH OF NEW JERSEY, INC.
─  CIGNA DENTAL HEALTH OF NEW MEXICO, INC.
─  CIGNA DENTAL HEALTH OF NORTH CAROLINA, INC.
─  CIGNA DENTAL HEALTH OF OHIO, INC.
─  CIGNA DENTAL HEALTH OF PENNSYLVANIA, INC.
─  CIGNA DENTAL HEALTH OF TEXAS, INC.
─  CIGNA DENTAL HEALTH OF VIRGINIA, INC.
─  CIGNA DENTAL HEALTH PLAN OF ARIZONA, INC.
CIGNA FEDERAL BENEFITS, INC.
CIGNA FINANCIAL PARTNERS, INC.
CIGNA REALTY RESOURCES, INC.-TWELFTH
CIGNA REALTY RESOURCES, INC.-FIFTEENTH
CONNECTICUT GENERAL REALTY RESOURCES, INC.-FOURTH
    CIGNA HOTEL ASSOCIATES-I LIMITED PARTNERSHIP
        CIGNA HOTEL ASSOCIATES - I, LLC
CIGNA FINANCIAL SERVICES, INC.
CIGNA HEALTH CORPORATION
HEALTHSOURCE, INC.
    HEALTHSOURCE INNOVATIVE MEDICAL MANAGEMENT, INC.
    HEALTHSOURCE HEALTH PLANS, INC.
        CIGNA HEALTHCARE OF NORTH CAROLINA, INC.
        CIGNA HEALTHCARE OF NORTH CAROLINA ADMINISTRATORS, INC.
    HEALTHSOURCE INDIANA, INC.
        CIGNA HEALTHCARE OF INDIANA, INC.
    CIGNA INSURANCE GROUP, INC.
    CIGNA HEALTHCARE OF MAINE, INC.
    CIGNA HEALTHCARE PREFERRED OF MAINE, INC.
    HEALTHSOURCE MANAGEMENT, INC.
        CIGNA HEALTHCARE OF NEW YORK, INC.
        CIGNA HEALTHCARE PREFERRED OF NEW YORK, INC.
        CIGNA HEALTHCARE OF TENNESSEE, INC.
        CIGNA HEALTHCARE PREFERRED OF TENNESSEE, INC.
        CIGNA HEALTHCARE OF MASSACHUSETTS, INC.
        CIGNA HEALTHCARE OF NEW HAMPSHIRE, INC.
        CIGNA HEALTHCARE PREFERRED OF OHIO, INC.
        CIGNA HEALTHCARE PREFERRED OF NEW HAMPSHIRE, INC.
    HEALTHSOURCE PROPERTIES, INC.
    HEALTHSOURCE SOUTH, INC.
        CIGNA HEALTHCARE PREFERRED OF ARKANSAS, INC.
        CIGNA HEALTHCARE OF TEXAS, INC.
        HEALTHSOURCE NORTH TEXAS, INC.
        CIGNA HEALTHCARE OF GEORGIA, INC.
    PHYSICIANS' HEALTH SYSTEMS, INC.
        CIGNA INSURANCE SERVICES COMPANY
        CIGNA HEALTHCARE OF SOUTH CAROLINA, INC.
─  ARIZONA HEALTH PLAN, INC.
─  CIGNA HEALTHCARE MID-ATLANTIC, INC.
─
```

Page 2 of 6

* Investment Company

```
                Corporate Profile System
                  Legal Ownership List
           Subsidiary and Affiliated Companies
                           of
                    CIGNA Corporation
                   As of 03/20/2003


—   CIGNA HEALTHCARE OF ARIZONA, INC.
—     CIGNA COMMUNITY CHOICE, INC.
—   CIGNA HEALTHCARE OF CALIFORNIA, INC.
—   CIGNA HEALTHCARE OF COLORADO, INC.
—   CIGNA HEALTHCARE OF CONNECTICUT, INC.
—   CIGNA HEALTHCARE OF DELAWARE, INC.
—   CIGNA HEALTHCARE OF FLORIDA, INC.
—   CIGNA HEALTHCARE OF ILLINOIS, INC.
—   CIGNA HEALTHCARE OF LOUISIANA, INC.
—   CIGNA HEALTHCARE OF NEW JERSEY, INC.
—   CIGNA HEALTHCARE OF OHIO, INC.
—   CIGNA HEALTHCARE OF PENNSYLVANIA, INC.
—   CIGNA HEALTHCARE OF ST. LOUIS, INC.
—   CIGNA HEALTHCARE OF UTAH, INC.
—   CIGNA HEALTHCARE OF VIRGINIA, INC.
—   TEMPLE INSURANCE COMPANY LIMITED
—  CIGNA HEALTHCARE BENEFITS, INC.
—  CIGNA INTEGRATEDCARE, INC.
—  CIGNA LIFE INSURANCE COMPANY OF CANADA
—  CIGNA LIFE INSURANCE COMPANY OF NEW YORK
—  CIGNA MANAGED CARE BENEFITS COMPANY
—  CIGNA RE CORPORATION
—    BLODGET & HAZARD LIMITED
—  CIGNA RESOURCE MANAGER, INC.
—  CIGNA VISION CARE, INC.
—  CONNECTICUT GENERAL BENEFIT PAYMENTS, INC.
—  CONNECTICUT GENERAL LIFE INSURANCE COMPANY
—    6000 FAIRVIEW ASSOCIATES, L.L.C.
—    6010 FAIRVIEW ASSOCIATES, L.L.C.
—    ATRIUM MEZZANINE 101, LLC
—    ATRIUM MEZZANINE 201, LLC
—    ATRIUM MEZZANINE 301, LLC
—    ATRIUM MEZZANINE HOLDINGS 2002, LLC
—    BOSTON INDUSTRIAL - AEGEAN, LLC
—    BOSTON INDUSTRIAL-FRANKLIN R&D LLC
—    BROOK ARBOR COMPANY LLC
—    CF ALISO CREEK, LLC
—    CG ALHAMBRA LLC
—    CG AVENTURA LLC
—      AVENTURA PRESERVE INVESTORS, LLC
—    CG AURORA LLC
—    CG AUSTIN, L.L.C.
—    CG BALLSTON, LLC
—      BALLSTON 4501, LLC
—    CG/CARSON CHINO, LLC
—    CG ERIEVIEW LLC
—    CG ESTANCIA LLC
—    CG GALLERIA LLC

— — — — — — — — — — —
* Investment Company
```

```
Corporate Profile System
Legal Ownership List
Subsidiary and Affiliated Companies
of
CIGNA Corporation
As of  03/20/2003
```

```
-------
 CG MERRICK LLC
 CG KENTLANDS LLC
 CG MICHIGAN PROPERTIES, LLC
   TRANSWESTERN/CG II, L.L.C.
 CG PINNACLE, L.L.C.
 CG QUIET WATERS LLC
 CG SAM HOUSTON CENTER LLC
 CG TAMARAC LLC
 CG WACKER DRIVE, L.L.C.
 CG WESTON LAKES LLC
 CG WHEATON, LLC
 CG WINDSOR LAKES, LLC
   WINDSOR LAKES, LLC
 CENTER CITY REALTY, LLC
 CENTER HARBOR L.L.C.
 CIGNA DULLES TOWN, LLC
 COLUMBIA TOWN CENTER L.L.C.
 CONNECTICUT SUGAR CREEK LLC
 CORAC, LLC
   CORAC LAIDLEY, LLC
   CORAC NASHVILLE, LLC
   CORAC NORTHLAND, LLC
   CORAC WESTLAND, LLC
 CROSSROADS LAKES LLC
 DRAPER'S CG, L.L.C.
 FIRST COLONY MALL, GP LLC
 GILLETTE RIDGE GOLF LLC
 GPM GAS GATHERING L.L.C.
 HAZARD CENTER INVESTMENT COMPANY LLC
 HOUSTON PROPERTIES L.L.C.
   TRANSWESTERN/CONNECTICUT PARTNERS GP I L.L.C.
 KCI-FD, LLC
 KCI INVESTMENT COMPANY L.L.C.
 MNH MALL, LLC
 MONTEREY OAKS L.L.C.
 NEWPOINT COMMONS, LLC
 OCEAN TERRACE LLC
 PORTFOLIO TWO, L.L.C.
 ROCKY POINT, L.L.C.
 SAR LEGACY, LLC
 SAR AT SHAWNEE RIDGE, L.L.C.
 SHOREBREEZE ASSOCIATES, LLC
 SIGNATURE POINT, LLC
 SOUTH MIDDLESEX DEVELOPMENT COMPANY, LLC
 TEL-DRUG OF PENNSYLVANIA, L.L.C.
 TIMESSQUARE VP CORE BOND ENHANCED INDEX FUND, LLC
 TIMESSQUARE VP GOVERNMENT MONEY MARKET FUND, LLC
 TIMESSQUARE VP HIGH GRADE BOND FUND LLC
-------
```

\* Investment Company

Page 4 of 6

```
                    Corporate Profile System
                      Legal Ownership List
               Subsidiary and Affiliated Companies
                               of
                        CIGNA Corporation
                       As of 03/20/2003

=   TIMESSQUARE VP MORTGAGE BACKED SECURITIES FUND, LLC
=   TRANSWESTERN CG III, L.L.C.
=   TRANSWESTERN CG IV, LLC
=   VILLAGE AT LEGACY RIDGE, LLC
=   CIGNA CBO 1996-1 LTD.
=     CIGNA CBO 1996-1 (DELAWARE) CORP.
=   CIGNA LIFE INSURANCE COMPANY
=   CIGNA RETIREMENT BENEFITS SERVICES, INC.
=   CONGEN PROPERTIES, INC.
=   COTTAGE GROVE VESSELS, INC.
=   ENGINEERED DATA PRODUCTS, INC.
=   RIDGEDALE REIT, INC.
=   ROSADO GRANDE, INC.
=   SOUTHLAND REIT, INC.
=   GLOBAL PORTFOLIO STRATEGIES, INC.
=   HEALTHSOURCE BENEFITS, INC.
=   INTERNATIONAL REHABILITATION ASSOCIATES, INC.
=     INTRACORP, INC.
=   LIFE INSURANCE COMPANY OF NORTH AMERICA
=     AIC HOLDINGS, INC.
=       CIGNA DIRECT MARKETING COMPANY, INC.
=         LINATEX, INC.
=   LINA BENEFIT PAYMENTS, INC.
=   CIGNA BEHAVIORAL HEALTH, INC.
=     MCC INDEPENDENT PRACTICE ASSOCIATION OF NEW YORK, INC
=     CIGNA BEHAVIORAL HEALTH OF CALIFORNIA, INC.
=     CIGNA BEHAVIORAL HEALTH OF TEXAS
=     TEL-DRUG, INC.
=   CIGNA GLOBAL HOLDINGS, INC.
=     CIGNA BRAZIL HOLDINGS, INC.
=       CIGNA BRASIL PARTICIPACOES LTDA.
=         CIGNA COMPANHIA DE SEGUROS S.A.
=     CIGNA GLOBAL REINSURANCE COMPANY, LTD.
=     CIGNA HOLDINGS OVERSEAS, INC.
=       CIGNA ARGENTINA COMPANIA DE SEGUROS S.A.
=       CIGNA EUROPEAN SERVICES (UK) LIMITED
=       CIGNA INTERNATIONAL MARKETING AUSTRALIA LIMITED
=       CIGNA LIFE INSURANCE COMPANY OF EUROPE S.A. - N.V.
          CIGNA EUROPE INSURANCE COMPANY S.A.-N.V.
=       CIGNA LIFE INSURANCE NEW ZEALAND LIMITED
=       EMPRESA GUATEMALTECA CIGNA DE SEGUROS, SOCIEDAD ANÓNIMA
          CONTABILIDAD MECANIZADA, SOCIEDAD ANONIMA
=       CIGNA SEGURADORA S.A.
=       INVERSIONES CIGNA LIMITADA
=         CIGNA ASISTENCIA ADMINISTRATIVA LIMITADA
=         CIGNA COMPANIA DE SEGUROS DE VIDA (CHILE) S.A.
=       CIGNA SEGUROS, S.A.
=       CIGNA WORLDWIDE INSURANCE COMPANY
=

                                                    Page 5 of 6
* Investment Company
```

```
                      Corporate Profile System
                       Legal Ownership List
              Subsidiary and Affiliated Companies
                                of
                         CIGNA Corporation
                         As of 03/20/2003


| | | | | | | | |
         PT. ASURANSI CIGNA
 CIGNA HEALTHCARE MANAGEMENT COMPANY (INDIA) PRIVATE LIMITED
 CIGNA INTERNATIONAL CORPORATION
   CIGNA EASTERN EUROPE SP. Z O.O.
 CIGNA INTERNATIONAL SERVICES, INC.
 CIGNA SERVICIOS ADMINISTRATIVOS, S.A. de C.V.
 CIGNA SERVICOS LTDA.
 CIGNA STU S.A.
 GRANCOL, ASESORAMIENTO Y SERVICIOS LTDA.
 PHILIPPINE HEALTHCARE PROVIDERS, INC.
 PLANES DE SALUD INTEGRAL, S.A. de C.V.
 SOMPO JAPAN CIGNA SECURITIES CO., LTD..
```

Page 6 of 6

```
| | | | | | | | |
* Investment Company
```