IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | | Civil Action No. WDQ-02-3123 |
| | * | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | * | |
| | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Transamerica Occidental Life Insurance Company ("Transamerica"), by its undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), moves to dismiss this action on the ground that Plaintiff has failed to state a claim against Transamerica upon which relief can be granted. The grounds for this motion are more fully set forth in Transamerica's Memorandum in Support of its Motion to Dismiss for Failure to State a Claim filed simultaneously with this Motion.

Respectfully submitted,

_____/s/_____
Gregg L. Bernstein (Fed. Bar No. 01340)
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street, Suite 2000
Baltimore, Maryland 21202
Telephone:  (410) 547-7163
Facsimile:  (410) 547-1605

_____/s/_____
Reid A. Evers
Transamerica Occidental Life
Insurance Company
1150 South Olive Street, T-9-13
Los Angeles, CA 90015
Telephone:  (213) 742-3595
Facsimile:  (213) 763-9680
*Counsel for Defendant Transamerica Occidental Life Insurance Company*

2

CERTIFICATE OF SERVICE

       I hereby certify that on this 28th day of March, 2003, copies of Transamerica's Motion to Dismiss, Memorandum in Support of Motion to Dismiss and proposed Order, which were electronically filed in this case on March 28, 2003, were sent electronically or by first-class mail (pursuant to the Local Rules and the rules governing electronic filing) to the following:

Paul F. Strain, Esq.
Venable, Baetjer & Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

James A. Dunbar, Esq.
Venable, Baetjer & Howard, LLP
210 Allegheny Avenue
Towson, MD 21285-5517
*Counsel for Plaintiff, St. Paul Fire and Marine Ins. Co.*

Bryan D. Bolton, Esq.
Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, MD 21201-3111

Elizabeth J. Bondurant, Esq.
Elizabeth A. Beskin, Esq.
Carter & Ansley
Suite 2300
Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, GA 30309
*Counsel for Defendant Principal Mutual Life Ins. Co.*

J. Snowden Stanley, Jr., Esq.
Semmes, Bowen & Semmes, P.C.
250 West Pratt Street
Baltimore, MD 21201

The Mercantile and General Reinsurance Company Limited
Walter B. Kielholz, Chairman
175 King Street
Armonk, NY 10504
*Defendant*

Lawrence S. Greengrass, Esq.
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004
*Counsel for Defendants*
*American United Life Insurance Company, First Allmerica Financial Life Insurance Company, Connecticut General Life Insurance Company, Combined Insurance Company of America, Crown Life Insurance Company, the Equitable Life Assurance Society of the United States, Manufacturers Life Insurance Company, Phoenix Life Insurance Company, Sun Life Assurance Company of Canada, Swiss re Life & Health America, Inc., Swiss Re America Holding Corporation, Unum Life Insurance Company of America, General & Cologne Life Re of America, and Canada Life Insurance Company of America*

                                                   /s/
                                    Gregg L. Bernstein