UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | Civil Action No. WDQ-02-3123 |
| | * | |
| TRANSAMERICA OCCIDENTAL<br>LIFE INSURANCE COMPANY, et al. | * | |
| | | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**TRANSAMERICA OCCIDENTAL LIFE INSURANCE
COMPANY'S REQUEST FOR HEARING ON ITS
<u>MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM</u>**

Transamerica Occidental Life Insurance Company, by its undersigned counsel, pursuant to Local Rule 105.6, respectfully requests a hearing on its Motion to Dismiss for Failure to State a Claim.

Respectfully submitted,

_____/s/_____
Gregg L. Bernstein (Fed. Bar No. 01340)
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street, Suite 2000
Baltimore, Maryland 21202
Telephone:  (410) 547-7163
Facsimile:  (410) 547-1605

                                      /s/
Reid A. Evers
Transamerica Occidental Life
Insurance Company
1150 South Olive Street, T-9-13
Los Angeles, CA 90015
Telephone: (213) 742-3595
Facsimile: (213) 763-9680
*Counsel for Defendant Transamerica*
 *Occidental Life Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ST. PAUL FIRE AND MARINE      *
INSURANCE COMPANY,
                                          *
         Plaintiff,
                                          *
     v.                                          Civil Action No. WDQ-02-3123
                                          *
TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY, et al.      *

         Defendants.              *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

        The Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted filed by Defendant Transamerica Occidental Life Insurance Company and all submissions with respect thereto having been considered, it is this ___ day of _____, 2003,

        ORDERED, pursuant to Federal Rule Civil Procedure 12(b)(6) that as to Defendant Transamerica Occidental Life Insurance Company, this action is hereby dismissed with prejudice.

                                          _____
                                          Judge, United States District Court