IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | *   Civil Action No.: WDQ-02-3123 |

\* \* \* \* \* \* \* \* \* \*

### STIPULATION

It is hereby stipulated and agreed between the Plaintiff and the undersigned Defendants, by their counsel, that Plaintiff's time to respond to the motion for a stay filed by the undersigned Defendnats is extended through and including April 14, 2003; and

Defendants' time to file a reply, if any, shall be extended through and including April 30, 2003.

Respectfully submitted,

_____          _____
J. Snowden Stanley, Jr., Federal Bar No.: 00069     James A. Dunbar, Federal Bar No. 007392
Semmes, Bowen & Semmes              Venable, Baetjer and Howard, LLP
250 West Pratt Street, 16th Floor   210 Allegheny Avenue
Baltimore, Maryland 21201           Post Office Box 5517
(410) 539-5040                      Towson, Maryland 21285-5517
*Attorneys for Defendants American United Life*   (410) 494-6200
*Insurance Company; Transamerica Occidental*   *Attorney for Plaintiff St. Paul Fire and*
*Life Insurance Company; First Allmerica*   *Marine Insurance Company*
*Financial Life Insurance Company; Connecticut*
*General Life Insurance Company; Combined*
*Insurance Company of America; Crown Life*
*Insurance Company; The Equitable Life*
*Assurance Society of the United States;*
*Manufacturers Life Insurance Company;*
*Phoenix Home Life Mutual Insurance Company;*
*Sun Life Assurance Company of Canada; Swiss*
*Re Life & Health America, Inc.; Swiss Re*
*America Holding Corporation; Unum Life*
*Insurance Company of America; General &*
*Cologne Life Re of America; and Canada Life*
*Insurance Company of America*

TO1DOCS1#158187v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of **April**, 2003, a copy of the foregoing STIPULATION was mailed first class, postage prepaid, to:

>Gregg L. Bernstein, Esquire
>Martin, Snyder & Bernstein, P.A.
>Redwood Tower, Suite 2000
>217 East Redwood Street
>Baltimore, Maryland 21202
>    and
>Reid Evers, Esquire
>Vice President and Associate General Counsel
>Transamerica Occidental Life Ins. Co.
>Post Office Box 2101
>Los Angeles, California 90051-0101
>  *Attorneys for Defendant Transamerica Occidental Life Insurance Company*
>
>Bryan D. Bolton, Esquire
>Funk & Bolton
>100 Light Street, Suite 1000
>Baltimore, Maryland 21202
>    and
>Elizabeth J. Bondurant, Esquire
>Elizabeth A. Beskin, Esquire
>Carter & Ansley
>1180 West Peachtree Street, Suite 2300
>Atlanta, Georgia 30309
>  *Attorney for Defendant Principal Mutual Life Insurance Company*

Lawrence S. Greengrass, Esquire
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, New York  10004
  *Attorneys for Defendants American United Life Insurance Company; Transamerica Occidental Life Insurance Company; First Allmerica Financial Life Insurance Company; Connecticut General Life Insurance Company; Combined Insurance Company of America; Crown Life Insurance Company; The Equitable Life Assurance Society of the United States; Manufacturers Life Insurance Company; Phoenix Home Life Mutual Insurance Company; Sun Life Assurance Company of Canada; Swiss Re Life & Health America, Inc.; Swiss Re America Holding Corporation; Unum Life Insurance Company of America; General & Cologne Life Re of America; and Canada Life Insurance Company of America*

_____
James A. Dunbar