IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | *   Civil Action No.: WDQ-02-3123 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION

It is hereby stipulated and agreed between the Plaintiff and Transamerica Life Insurance Company that the Plaintiff's time to respond to Transamerica Life Insurance Company's Motion to Dismiss is extended through and including April 14, 2003.

Respectfully submitted,

_____
Gregg L. Bernstein
Federal Bar No. 91340
Martin, Snyder & Bernstein, P.A.
Redwood Tower, Suite 2000
217 East Redwood Street
Baltimore, Maryland 21202

*Attorney for Defendant Transamerica Occidental Life Insurance Company*

_____
James A. Dunbar, Federal Bar No. 007392
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
Post Office Box 5517
Towson, Maryland 21285-5517
(410) 494-6200
*Attorney for Plaintiff St. Paul Fire and Marine Insurance Company*

TO1DOCS1#158190v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of **April**, 2003, a copy of the foregoing **STIPULATION** was mailed first class, postage prepaid, to:

Reid Evers, Esquire
Vice President and Associate General Counsel
Transamerica Occidental Life Ins. Co.
Post Office Box 2101
Los Angeles, California 90051-0101
   *Attorneys for Defendant Transamerica Occidental Life Insurance Company*

Bryan D. Bolton, Esquire
Funk & Bolton
100 Light Street, Suite 1000
Baltimore, Maryland 21202
      and
Elizabeth J. Bondurant, Esquire
Elizabeth A. Beskin, Esquire
Carter & Ansley
1180 West Peachtree Street, Suite 2300
Atlanta, Georgia 30309
   *Attorney for Defendant Principal Mutual Life Insurance Company*

J. Snowden Stanley, Jr., Esquire
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201
   *Attorneys for Defendants American United Life Insurance Company; Transamerica Occidental Life Insurance Company; First Allmerica Financial Life Insurance Company; Connecticut General Life Insurance Company; Combined Insurance Company of America; Crown Life Insurance Company; The Equitable Life Assurance Society of the United States; Manufacturers Life Insurance Company; Phoenix Home Life Mutual Insurance Company; Sun Life Assurance Company of Canada; Swiss Re Life & Health America, Inc.; Swiss Re America Holding Corporation; Unum Life Insurance Company of America; General & Cologne Life Re of America; and Canada Life Insurance Company of America*

　　　　　　　　　　　　　　　　　　　James A. Dunbar

TO1DOCS1#158190v1　　　　　　　　2