In the United States District Court

for the District of Maryland

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | |
| | * | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | * | Civil Action No.: WDQ-02-3123 |

\* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2003 a copy of Stipulation which was electronically filed in this case on April 7, 2003, was mailed via first class mail, postage prepaid, to:

>Reid Evers, Esquire
>Vice President and Associate General Counsel
>Transamerica Occidental Life Ins. Co.
>Post Office Box 2101
>Los Angeles, California  90051-0101
>Attorneys for Defendant Transamerica Occidental Life Insurance Co.

>Elizabeth J. Bondurant, Esquire
>Elizabeth A. Beskin, Esquire
>Carter & Ansley
>1180 West Peachtree Street, Suite 2300
>Atlanta, Georgia 30309
>Attorney for Defendant Principal Mutual Life Insurance Company

_____/s/_____
James A. Dunbar (Fed. Bar #7392)
Venable, Baetjer & Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD  21285-5517