In the United States District Court

for the District of Maryland

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | |
| | * | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | * | Civil Action No.: WDQ-02-3123 |

\* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2003 a copy of Stipulation which was electronically filed in this case on April 7, 2003, was mailed via first class mail, postage prepaid, to:

Reid Evers, Esquire
Vice President and Associate General Counsel
Transamerica Occidental Life Ins. Co.
Post Office Box 2101
Los Angeles, California  90051-0101
*Attorneys for Defendant Transamerica Occidental Life Insurance Co.*

Elizabeth J. Bondurant, Esquire
Elizabeth A. Beskin, Esquire
Carter & Ansley
1180 West Peachtree Street, Suite 2300
Atlanta, Georgia 30309
*Attorney for Defendant Principal Mutual Life Insurance Company*

Lawrence S. Greengrass, Esquire
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, New York  10004
  *Attorneys for Defendants American United Life Insurance Company; Transamerica Occidental Life Insurance Company; First Allmerica Financial Life Insurance Company; Connecticut General Life Insurance Company; Combined Insurance Company of America; Crown Life Insurance Company; The Equitable Life Assurance Society of the United States; Manufacturers Life Insurance Company; Phoenix Home Life Mutual Insurance Company; Sun Life Assurance Company of Canada; Swiss Re Life & Health America, Inc.; Swiss Re America Holding Corporation; Unum Life Insurance Company of America; General & Cologne Life Re of America; and Canada Life Insurance Company of America*

                                        */s/*
                          James A. Dunbar (Fed. Bar #7392)
                          Venable, Baetjer & Howard, LLP
                          210 Allegheny Avenue
                          P.O. Box 5517
                          Towson, MD  21285-5517
                          (410) 494-6200