## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY

                            Plaintiff,

          v.

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY, et al.

                          Defendants.

\*        \*        \*        \*

Civil Action No.:  WDQ-02-3123

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### MOTION FOR PARTIAL SUMMARY JUDGMENT

St. Paul Fire and Marine Insurance Company ("St. Paul"), Plaintiff, by its undersigned

attorneys, pursuant to Fed. R. Civ. P. 56, files this Motion for Partial Summary Judgment as to

its First Amended Complaint.  In support thereof St. Paul states as follows:

1.       There exists no genuine dispute of material fact as to Defendants' liability to St.

Paul in this matter.

2.       The Defendants' indemnity obligations to St. Paul are based upon unambiguous

written indemnity agreements signed by each Defendant, in connection with which St. Paul has

fully performed its obligations.

3.       A Memorandum of Law in support of this Motion is filed herewith and

incorporated herein by reference.

WHEREFORE, St. Paul respectfully requests that this Court enter partial summary judgment in its favor as to Count II (Breach of Contract) of its First Amended Complaint, as follows:

Judgment against each Defendant in favor of St. Paul in the specific amounts set forth in the Memorandum of Law filed herewith, representing each Defendant's respective proportionate share of the judgment and interest paid by St. Paul pursuant to its obligation as appeal-bond surety in certain litigation described herein.

_____/s/_____
Paul F. Strain, Federal Bar No. 01255
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400


_____/s/_____
James A. Dunbar, Federal Bar No. 007392
Katherine D. Bainbridge
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
Post Office Box 5517
Towson, Maryland 21285-5517
(410) 494-6200

Attorneys for St. Paul Fire and Marine
Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2003, copies of St. Paul Fire and Marine Insurance Company's Motion for Partial Summary Judgment, Memorandum of Law in support thereof, Affidavit of Diane Schumaker, Request for Hearing and proposed Order, were served electronically and/or via first-class mail to:

J. Snowden Stanley, Jr., Esquire
Semmes, Bowen & Semmes, P.C.
250 West Pratt Street
Baltimore, Maryland  21201

Lawrence S. Greengrass, Esquire
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, New York  10004

**Attorneys for Defendants American United Life Insurance Company, First Allmerica Financial Life Insurance Company, Connecticut General Life Insurance Company, Combined Insurance Company of America, Crown Life Insurance Company, The Equitable Life Assurance Society of the United States, Manufacturers Life Insurance Company, Phoenix Life Insurance Company, Sun Life Assurance Company of Canada, Swiss Re Life & Health America, Inc., Swiss Re America Holding Corporation, Unum Life Insurance Company of America, General & Cologne Life Re of America, and Canada Life Insurance Company of America**

Gregg L. Bernstein, Esquire
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street, Suite 2000
Baltimore, Maryland  21202

Reed Evers, Esquire
Transamerica Occidental Life Insurance Company
Post Office Box 2101
Los Angeles, California  90051-0101

**Attorneys for Defendant Transamerica**
**Occidental Life Insurance Company**

Bryan Bolton, Esquire
Funk & Bolton, P.A.
36 South Charles Street, 12th Floor
Baltimore, Maryland  21201

**Attorney for Defendant Principal Life**
 **Insurance Company**

_____/s/_____
James A. Dunbar

TO1DOCS1#151852 v4                    4