# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | * | Civil Action No.: WDQ-02-3123 |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

## REQUEST FOR HEARING

Plaintiff, St. Paul Fire and Marine Insurance Company, by its undersigned counsel, hereby requests a hearing on its Motion for Partial Summary Judgment.

Respectfully submitted,

_/s/_
Paul F. Strain, Federal Bar No. 01255
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

2

_____ /s/
James A. Dunbar, Federal Bar No. 007392
Katherine D. Bainbridge
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
Post Office Box 5517
Towson, Maryland  21285-5517
(410) 494-6200

Attorneys for St. Paul Fire and Marine
Insurance Company