# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * |
| | * |
| Plaintiff, | |
| | * |
| v. | |
| | * |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | *   Civil Action No.: WDQ-02-3123 |
| | * |
| Defendants. | |
| | * |

\* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits 1-11 are an attachment to St. Paul Fire and Marine Insurance Company's Motion for Partial Summary Judgment exist only in paper format and if scanned will be larger than 1.5 MB. These will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

| | |
|---|---|
|    4/8/2003 |    /s/ |
| Date | Paul F. Strain, Federal Bar No. 01255 |
| | Venable, Baetjer and Howard, LLP |
| | 1800 Mercantile Bank & Trust Building |
| | 2 Hopkins Plaza |
| | Baltimore, Maryland  21201 |
| | (410) 244-7400 |

2

                        /s/
_____
James A. Dunbar, Federal Bar No. 007392
Katherine D. Bainbridge
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
Post Office Box 5517
Towson, Maryland  21285-5517
(410) 494-6200

Attorneys for St. Paul Fire and Marine
Insurance Company