# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * |
| Plaintiff, | * |
| v. | * |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | *   Civil Action No.:  WDQ-02-3123 |

\* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __8__ day of __April__, 2003, copies of the foregoing **MOTION FOR PARTIAL SUMMARY JUDGMENT, MEMORANDUM IN SUPPORT, REQUEST FOR HEARING, PROPOSED ORDER AND NOTICE OF FILING OF LENGTHY EXHIBITS** were electronically filed in this case on April 8, 2003 and were mailed first class, postage prepaid, to:

> Reid Evers, Esquire
> Vice President and Associate General Counsel
> Transamerica Occidental Life Ins. Co.
> Post Office Box 2101
> Los Angeles, California  90051-0101
> *Attorneys for Defendant Transamerica Occidental Life Insurance Company*

> /s/
> James A. Dunbar, Federal Bar No. 007392
> Venable, Baetjer and Howard, LLP
> 210 Allegheny Avenue
> Post Office Box 5517
> Towson, Maryland  21285-5517
> (410) 494-6200
> *Attorney for Plaintiff St. Paul Fire and Marine Insurance Company*

TO1DOCS1#158342v1