UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | |
| | * |
| v. | |
| | *   Civil Action No. WDQ-02-CV-3123 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, *et al.*, | * |
| | |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT PRINCIPAL LIFE INSURANCE COMPANY'S
MOTION TO ADOPT DEFENDANTS' MOTION TO STAY PROCEEDINGS

Now comes Principal Life insurance Company ("Principal"), a defendant in the above-referenced action, and by undersigned counsel, joins in defendants American United Life Insurance Company, First Allmerica Financial Life Insurance Company, Connecticut General Life Insurance Company, Combined Insurance Company of America, Crown Life Insurance Company, The Equitable Life Assurance Society of the United States, Manufacturers Life Insurance Company, Phoenix Life Insurance Company, Sun Life Assurance Company of Canada, Swiss Re Life & Health America, Inc., Swiss Re America Holding Corporation, Unum Life Insurance Company of America, General & Cologne Life Re of America, and Canada Life Insurance Company of America's Motion to Stay Proceedings, and adopts herein by this reference the grounds and authorities set forth in the Defendants' Memorandum of Law in Support of Motion to Stay Proceedings.

        Respectfully submitted,

        ____/s/_____
        Bryan D. Bolton
        Federal Bar No. 02112

        FUNK & BOLTON, P.A.
        Twelfth Floor
        36 South Charles Street
        Baltimore, Maryland 21201-3111
        410.659.7700 (telephone)
        410.659.7773 (facsimile)

        OF COUNSEL:

        Elizabeth J. Bondurant, Esquire
        Georgia Bar No. 066690
        Elizabeth A. Beskin, Esquire
        Georgia Bar No. 055751

        CARTER & ANSLEY
        Atlantic Center Plaza, Suite 2300
        1180 West Peachtree Street
        Atlanta, Georgia  30309
        404.658.9220 (telephone)
        404.658.9726 (facsimile)

        Attorneys for Defendant
        Principal Life Insurance Company

Dated: April 8, 2003

45691.020: 63266