IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | * | Civil Action No.: WDQ-02-3123 |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that on **April 14th** a copy of **St. Paul's Opposition to Motion for Stay of Proceedings** which was electronically filed in this case on **April 14, 2003**, was mailed via first class mail, postage prepaid, to:

> Reid Evers, Esquire
> Vice President and Associate General Counsel
> Transamerica Occidental Life Ins. Co.
> Post Office Box 2101
> Los Angeles, California  90051-0101
> *Attorneys for Defendant Transamerica Occidental Life Insurance Co.*

> Elizabeth J. Bondurant, Esquire
> Elizabeth A. Beskin, Esquire
> Carter & Ansley
> 1180 West Peachtree Street, Suite 2300
> Atlanta, Georgia 30309
> *Attorney for Defendant Principal Mutual Life Insurance Company*

Lawrence S. Greengrass, Esquire
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, New York  10004
*Attorneys for Defendants American United Life Insurance Company; Transamerica Occidental Life Insurance Company; First Allmerica Financial Life Insurance Company; Connecticut General Life Insurance Company; Combined Insurance Company of America; Crown Life Insurance Company; The Equitable Life Assurance Society of the United States; Manufacturers Life Insurance Company; Phoenix Home Life Mutual Insurance Company; Sun Life Assurance Company of Canada; Swiss Re Life & Health America, Inc.; Swiss Re America Holding Corporation; Unum Life Insurance Company of America; General & Cologne Life Re of America; and Canada Life Insurance Company of America*

                                               */s/*
James A. Dunbar, Federal Bar No. 007392
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
Post Office Box 5517
Towson, Maryland  21285-5517
(410) 494-6200

*Attorneys for St. Paul Fire and Marine Insurance Company*