IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | *   Civil Action No.: WDQ-02-3123 |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on **April 14th** a copy of **St. Paul's Opposition to Transamerica Occidental Life Insurance Company's Motion to Dismiss for Failure to State a Claim** which was electronically filed in this case on **April 14, 2003**, was mailed via first class mail, postage prepaid, to:

>Reid Evers, Esquire
>Vice President and Associate General Counsel
>Transamerica Occidental Life Ins. Co.
>Post Office Box 2101
>Los Angeles, California  90051-0101
>   *Attorneys for Defendant Transamerica Occidental Life*
>   *Insurance Co.*

>Elizabeth J. Bondurant, Esquire
>Elizabeth A. Beskin, Esquire
>Carter & Ansley
>1180 West Peachtree Street, Suite 2300
>Atlanta, Georgia 30309
>   *Attorney for Defendant Principal Mutual Life Insurance*
>   *Company*

    Lawrence S. Greengrass, Esquire
    Mound, Cotton, Wollan & Greengrass
    One Battery Park Plaza
    New York, New York  10004
        *Attorneys for Defendants American United Life*
        *Insurance Company; Transamerica Occidental Life*
        *Insurance Company; First Allmerica Financial Life*
        *Insurance Company; Connecticut General Life*
        *Insurance Company; Combined Insurance Company of*
        *America; Crown Life Insurance Company; The*
        *Equitable Life Assurance Society of the United States;*
        *Manufacturers Life Insurance Company; Phoenix*
        *Home Life Mutual Insurance Company; Sun Life*
        *Assurance Company of Canada; Swiss Re Life &*
        *Health America, Inc.; Swiss Re America Holding*
        *Corporation; Unum Life Insurance Company of*
        *America; General & Cologne Life Re of America; and*
        *Canada Life Insurance Company of America*

                                                          */s/*
                                      James A. Dunbar, Federal Bar No. 007392
                                      Venable, Baetjer and Howard, LLP
                                      210 Allegheny Avenue
                                      Post Office Box 5517
                                      Towson, Maryland  21285-5517
                                      (410) 494-6200

                                      *Attorneys for St. Paul Fire and Marine*
                                      *Insurance Company*