**James A. Dunbar**
**(410) 494-6208**

**jadunbar@venable.com**

April 16, 2003

The Honorable William D. Quarles
United States District Court
 for the District of Maryland
101 West Lombard Street, Suite 3A
Baltimore, Maryland  21201

    Re:    *St. Paul Fire and Marine Insurance Company v.*
            *Transamerica Occidental Life Insurance Company, et al.*
            Civil Action Number:  WDQ-02-3123

Dear Judge Quarles:

    I have received a copy of Mr. Bernstein's letter to you dated April 14, 2003.  That letter in part argues the merits of Transamerica's pending non-meritorious Motion to Dismiss.  St. Paul believes it is inappropriate to engage in an exchange of letters to the Court repeating arguments that should be made only in the briefs that are permitted under the local rules.  Therefore, I will simply respond by pointing out that St. Paul has fully and appropriately addressed Transamerica's Motion to Dismiss in its Opposition, filed April 14, 2003.

    Thank you for your attention to this matter.

                                        Respectfully submitted,

                                              */s/*

                                         James A. Dunbar

JAD/ccj
cc:    Gregg L. Bernstein, Esquire
        Reid Evers, Esquire
        Bryan D. Bolton, Esquire
        Elizabeth J. Bondurant, Esquire
        J. Snowden Stanley, Jr., Esquire
        Lawrence S. Greengrass, Esquire
TO1DOCS1#158821v2