$50 FEE PAID
#1193836 FEE NOT PAID (SEND LETTER)

ORIGINAL
FILED LODGED ENTERED RECEIVED
APR 15 2003
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ST. PAUL FIRE AND MARINE
INSURANCE CO.,    *

          Plaintiff(s)    *

          Case No.: WDQ-02-3123

vs.

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE CO., et al.,
          Defendant(s)

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, **J. Snowden Stanley, Jr.**, am a member in good standing of the bar of this Court. My bar number is **00059**. I am moving the admission of **David A. Silva** to appear *pro hac vice* in this case as counsel for **See attached List.**

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| US District Ct, Southern District of NY | 1986 |
| US District Ct, Eastern District of NY | 1988 |



FILED
2003 APR 16 P 2: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
DEPUTY

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court **0** times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.      The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT
_____
Signature

J. Snowden Stanley, Jr.
Printed Name

Semmes, Bowen & Semmes
Firm

250 West Pratt Street
Baltimore, MD  21201
Address

(410) 539-5040
Telephone Number

(410) 539-5223
Fax Number

PROPOSED ADMITTEE
_____
Signature

David A. Silva
Printed Name

Mound, Cotton, Wollan & Greengrass
Firm

One Battery Park Plaza
New York, NY 10004
Address

(212) 804-4200
Telephone Number

(212) 344-8066
Fax Number

***********************************************************************

## ORDER

☑ GRANTED      ☐ DENIED

4-16-03
Date

Felicia C. Cannon
Clerk, United States District Court
by: _____

**Attorneys for Defendants**

American United Life Insurance Company
First Allmerica Financial Life Insurance Company
Connecticut General Life Insurance Company
Combined Insurance Company of America
Crown Life Insurance Company
The Equitable Life Assurance Society of the United States
Manufacturers Life Insurance Company
Phoenix Life Insurance Company
Sun Life Assurance Company of Canada
Swiss Re Life & Health America, Inc.
Swiss Re America Holding Corporation
Unum Life Insurance Company Of America
General & Cologne Life Re of America
Canada Life Insurance Company of America