**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | *    Civil Action No.: WDQ-02-3123 |
| | * |
| Defendants. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ST. PAUL'S RESPONSE TO ORDER TO SHOW CAUSE

Respectfully submitted,

/s/
Paul F. Strain, Federal Bar No. 01255
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

/s/
James A. Dunbar, Federal Bar No. 007392
Katherine D. Bainbridge
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
Post Office Box 5517
Towson, Maryland 21285-5517
(410) 494-6200

*Attorneys for St. Paul Fire and Marine Insurance Company*

## TABLE OF CONTENTS

TABLE OF AUTHORITIES ............................................................................. ii

INTRODUCTION ............................................................................................. 1

FACTS ............................................................................................................. 4

    I.    The Lawsuit Against Security Life. .............................................. 4

    II.   Defendants' Execution of Indemnity Agreements and
        St. Paul's Issuance of an Appeal Bond in
        Consideration of Those Agreements............................................ 4

    III.  Security's First Set of Appeals...................................................... 6

    IV.  The Court Denies St. Paul's Motion to be Discharged
        as Surety and Enters Judgment Against St. Paul, and
        St. Paul Unsuccessfully Appeals.................................................. 7

    V.   The Plaintiffs Obtain a Writ of Execution Against St.
        Paul, and St. Paul Pays the Judgment.......................................... 8

    VI.  The Third Set of Appeals ............................................................ 9

    VII. St. Paul's Efforts to Enforce the Indemnity
        Agreements.................................................................................. 10

ARGUMENT ................................................................................................... 10

    I.    Under The Decisions of the Fourth Circuit and Other
        Courts, The Outcome of Security's Pending Appeal in
        Georgia Cannot Affect the Existence of St. Paul's
        Contractual Right to Indemnification or the Amount
        Thereof, and Therefore It Would Be Error to Dismiss
        This Case for Lack of Ripeness.................................................... 10

    II.   Under Settled Principles of Federal Law This Breach
        of Contract Action is Ripe for Adjudication and St.
        Paul Would be Unfairly Prejudiced by Its Dismissal................... 23

CONCLUSION ................................................................................................. 28

**TABLE OF AUTHORITIES**

**Cases**                                                                                                           **Page**

*American States Ins. Co. v. Glover*, 1992 WL 78786, 960
F.2d 149 (6th Cir. April 16, 1992) ..........................................................  17, 18

*Andre Constr. Assoc.'s, Inc. v. Catel, Inc.*, 293 N.J. Super.
452, 681 A.2d 121, (Super. Ct. Law Div. 1996) ...................................  11

*Asad v. Hartford Life Ins. Co.*, 116 F. Supp. 2d 960 (N.D.
Ill. 2000) ..................................................................................................  23

*Charter Fed. Sav. Bank v. Office of Thrift Supervision*, 976
F.2d 203 (4th Cir. 1992) ..........................................................................  25, 26

*Clark v. Security Life Ins. Co. of America*, 270 Ga. 165,
509 S.E.2d 602 (1998) ............................................................................  6, 7

*Commercial Ins. Co. of Newark v. Pacific-Peru Constr.
Corp.*, 558 F.2d 948 (9th Cir. 1977) ........................................................  3, 14, 15, 16, 20

*Daines v. Alcatel*, 105 F. Supp. 2d 1153 (E.D. Wa. 2000) .....................  23

*Donnalengo v. Myers*, 1999 WL 565834 (4th Cir. Aug. 2,
1999) ........................................................................................................  25, 26

*Employers of Wausau v. Abel Green, Inc.*, 749 F. Supp.
1100, 1103 (S.D. Fla. 1990) ....................................................................  20

*Ericksson v. Cartan Travel Bureau*, 109 F. Supp. 315 (D.
Md. 1953) .................................................................................................  11

*Fidelity and Deposit Co. of Maryland v. Bristol Steel and
Iron Works*, 722 F.2d 1160 (4th Cir. 1983) .............................................  3, 13, 14, 20, 22

*Fireman's Fund Ins. Co. v. Nizdil*, 709 F. Supp. 975 (D. Or.
1989) ........................................................................................................  3, 18, 19

*Franks v. Ross*, 313 F.3d. 184 (4th Cir. 2002) .......................................  24

*Frontier Ins. Co. v. International, Inc.*, 124 F. Supp. 2d
1211 (N.D. Ala. 2000) .............................................................................  19, 20

*General Accident Ins. Co. of America v. Merritt Meridian
Constr. Corp.*, 975 F. Supp. 511 (S.D.N.Y. 1997) ..................................  20

*General Motors Accep. Corp. v. Daniels*, 303 Md. 254,
492 A.2d 1306, 1310 (1985) ................................................................... 13

*Hartford Fire Ins. Co. v. Cheever Dev. Corp.*, 289 A.D.2d
292, 734 N.Y.S.2d 598 (App. Div. 2001) ............................................. 11, 12

*International Fid. Ins. Co. v. Spadafina*, 596 N.Y.S.2d 453,
454 (App. Div. 1993) ............................................................................. 11

*John Hancock Mut. Life Ins. Co. v. King*, 1997 WL 373512
(D.N.J. March 26, 1997) ........................................................................ 24

*Kirkpatrick and Assoc. v. Wickes Corp.,* 53 N.C. App. 306,
280 S.E.2d 632 (Ct. App. 1981) ............................................................. 11

*Minuteman Press Int'l. v. Matthews*, 232 F. Supp. 2d 11,
(E.D.N.Y. 2002) ..................................................................................... 24

*Nobel Ins. Co. v. Hudson Iron Works, Inc.*, 51 F. Supp. 2d
408 (S.D.N.Y. 1999) .............................................................................. 11

*Old Republic Surety Co. v. Reliable Housing, Inc.*, 2002
WL 31687287, 572 S.E.2d 442 (N.C. Ct. App. Dec 3,
2002) ..................................................................................................... 16, 17

*Poor v. Hill*, 138 N.C. App. 19, 530 S.E.2d 838 (Ct. App.
2000) ..................................................................................................... 24

*Public Serv. Enter. Group, Inc., v. Philadelphia Elec. Co.*,
722 F. Supp. 184 (D.N.J. 1989) ............................................................. 24

*Security Life Ins. Co. of America v. Clark*, 273 Ga. 44, 535
S.E.2d 234 (2000).................................................................................. 7

*Security Life Ins. Co. v. Clark*, 229 Ga. App. 593, 494
S.E.2d 388 (Ct. App. 1997).................................................................... 6

*Security Life Ins. Co. v. Clark*, 239 Ga. App. 690, 521
S.E.2d 434 (Ct. App. 1999).................................................................... 7

*Security Life Ins. Co. v. Clark*, 249 Ga. App. 18, 547 S.E.2d
691 (Ct. App. 2001)................................................................................ 7

*Sherwin-Williams v. Artra Group*, 125 F. Supp. 2d 739 (D.
Md. 2001).............................................................................................. 24, 25

*St. Paul Fire & Marine Ins. Co. v. Clark*, 255 Ga. App. 14,
566 S.E.2d 2 (Ct. App. 2002)................................................................. 8

*State Highway Admin. v. Transamerica Ins. Co.*, 278 Md. 690, 367 A.2d 509 (1976) .................................................................... 6

*Sun Ins. Office, Ltd., of London v. Mallick*, 160 Md. 71, 153 A. 35 (1931) ............................................................................................ 11

*United States Fid. and Guar. Co. v. Green*, 64 Misc.2d 1, 314 N.Y.S.2d 426 (Sup. Ct. 1969) ........................................................... 11

*United States Fid. and Guar. Co. v. Feibus*, 15 F. Supp. 2d 579 (M.D. Pa. 1998) ................................................................................ 19

*United States Fid. Co. v. Sandoval*, 223 U.S. 227 (1912) ....................... 14, 15, 20

*Wald v. Marine Midland Bus. Loans, Inc.*, 270 A.D.2d 73, 704 N.Y.S.2d 564 (App. Div. 2000) ........................................................ 11

*Washlefske v. Winston* 234 F.3d 179 (4th Cir. 2000) .............................. 23

*Whittle v. Local 641, Int'l Bhd. of Teamsters*, 56 F.3d 487, 489 (3d Cir. 1995) ............................................................................... 24

**Publications**

E. A. Cushman, *Surety Bonds on Public and Private Construction Projects,* 46 A.B.A. J. 649 (1960) .................................... 6

**Books**

Armen Shahinian, *The General Agreement of Indemnity, in The Law of Suretyship*, (Edward G. Gallagher ed., 2000) ..................... 6

13A Charles A. Wright, Arthur R. Miller, and Edward H. Cooper, *Federal Practice and Procedure: Jurisdiction 2d*, §3532, (Supp. 2000) .............................................................................. 23