# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | * | Civil Action No.: WDQ-02-3123 |
| | * | |
| Defendants. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## REQUEST FOR HEARING

Plaintiff St. Paul Fire and Marine Insurance Company requests a hearing on its Response to Order to Show Cause.

                                                              /s/
James A. Dunbar, Federal Bar No. 007392
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
Post Office Box 5517
Towson, Maryland  21285-5517
Telephone:  (410) 494-6200
Fax No.:  (410) 821-0147
*Attorneys for St. Paul Fire and Marine Insurance Company*