# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | *   Civil Action No.: WDQ-02-3123 |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on **April 23, 2003** a copy of **St. Paul's Request for Hearing on its Response to Order to Show Cause** which was electronically filed in this case on **April 23, 2003**, was mailed via first class mail, postage prepaid, to:

    Reid Evers, Esquire
    Vice President and Associate General Counsel
    Transamerica Occidental Life Ins. Co.
    Post Office Box 2101
    Los Angeles, California  90051-0101
        *Attorneys for Defendant Transamerica Occidental Life Insurance Co.*

    Elizabeth J. Bondurant, Esquire
    Elizabeth A. Beskin, Esquire
    Carter & Ansley
    1180 West Peachtree Street, Suite 2300
    Atlanta, Georgia 30309
        *Attorney for Defendant Principal Mutual Life Insurance Company*

    Mitchell D. Otto, Esquire
    David A. Silva, Esquire
    Lawrence S. Greengrass, Esquire
    Mound, Cotton, Wollan & Greengrass
    One Battery Park Plaza
    New York, New York  10004
        *Attorneys for Defendants American United Life Insurance Company; Transamerica Occidental Life Insurance Company; First Allmerica Financial Life Insurance Company; Connecticut General Life Insurance Company; Combined Insurance Company of America; Crown Life Insurance Company; The Equitable Life Assurance Society of the United States; Manufacturers Life Insurance Company; Phoenix Home Life Mutual Insurance Company; Sun Life Assurance Company of Canada; Swiss Re Life & Health America, Inc.; Swiss Re America Holding Corporation; Unum Life Insurance Company of America; General & Cologne Life Re of America; and Canada Life Insurance Company of America*

 

                                                */s/*
                                James A. Dunbar, Federal Bar No. 007392
                                Venable, Baetjer and Howard, LLP
                                210 Allegheny Avenue
                                Post Office Box 5517
                                Towson, Maryland  21285-5517
                                Telephone:  (410) 494-6200
                                Fax No.:  (410) 821-0147
                                *Attorneys for St. Paul Fire and Marine Insurance Company*