# United States District Court
District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 APR 29 A 9:

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUT

April 29, 2003

TO COUNSEL OF RECORD

    Re:  St. Paul Fire & Marine Insurance Co. v. Transamerica
           Occidental Life Insurance Co., et al.
           <u>Civil No.: WDQ-02-3123</u>

Dear Counsel:

    I have read and considered St. Paul's response to this Court's order to show cause, dated April 10, 2003. I am now convinced that the controlling language of the indemnity agreements makes this matter ripe for adjudication. I therefore conclude that this Court has subject-matter jurisdiction over the dispute. No relevant *facts* need be developed; purely legal issues remain. See *Charter Fed. Sav. Bank v. Office of Thrift Supervision*, 976 F.2d 203, 208 (4th Cir. 1992). I see no further reason for delay.

    Accordingly, the defendants' joint motion for a stay of the proceedings must be DENIED, and the motions of Transamerica and Principal Mutual Life to adopt that motion are MOOTED. It is further ordered:

    1.    that Transamerica file its reply, if any, in support of its motion to dismiss no later than May 12, 2003; and

    2.    that the defendants file their opposition, if any, to St. Paul's motion for partial summary judgment no later than May 16, 2003.

April 29, 2003
WDQ-02-3123
Page Two


    Although informal, this letter is an order of court and will be docketed and filed in the court file.

                              Very truly yours,

                              William D. Quarles, Jr.
                              United States District Judge

WDQ/mjd
cc:  Counsel of Record
     Court File — Original