IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * | Civil Action No.: WDQ-02-3123 |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al., | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**STIPULATION OF EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the respective parties that the defendants, AMERICAN UNITED LIFE INSURANCE COMPANY, FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, COLOGNE LIFE REINSURANCE COMPANY, COMBINED INSURANCE COMPANY OF AMERICA, CROWN LIFE INSURANCE COMPANY, THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, MANUFACTURERS LIFE INSURANCE COMPANY, PHOENIX HOME LIFE MUTUAL INSURANCE COMPANY, SUN LIFE ASSURANCE COMPANY OF CANADA, SWISS RE LIFE COMPANY OF AMERICA, SWISS RE AMERICA HOLDING CORPORATION AND THE MERCANTILE & GENERAL REINSURANCE CO. LIMITED, UNUM LIFE INSURANCE COMPANY OF AMERICA, THE MERCANTILE AND GENERAL REINSURANCE COMPANY LIMITED, GENERAL AND COLOGNE LIFE RE OF AMERICA, and CANADA LIFE INSURANCE