UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WDQ-02-CV-3123 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

STIPULATION EXTENDING THE TIME FOR
PRINCIPAL MUTUAL LIFE INSURANCE COMPANY
TO RESPOND TO ST. PAUL FIRE AND MARINE INSURANCE
COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, St. Paul Fire and Marine Insurance Company, and co-defendant, Principal Mutual Life Insurance Company, by their respective undersigned counsel, stipulate and agree that Principal Mutual Life Insurance Company shall have through May 21, 2003 to respond to the motion for partial summary judgment filed by St. Paul Fire and Marine Insurance Company.

Respectfully submitted,
(signed by Bryan D. Bolton with
permission of James A. Dunbar)
James A. Dunbar
Federal Bar No. 007392
Katherine D. Bainbridge

Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, Maryland  21285-5517
410.494.6200 (telephone)
410.821.0147 (facsimile)

_____/s/_____
Bryan D. Bolton
Federal Bar No. 02112

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for St. Paul Fire and
Marine Insurance Company

OF COUNSEL:

Elizabeth J. Bondurant
Elizabeth A. Beskin

Carter & Ansley
1180 West Peachtree Street, Suite 2300
Atlanta, Georgia  30309
404.658.9220 (telephone)
404.658.9726 (facsimile)

Attorneys for Principal Mutual
Life Insurance Company

SO ORDERED:

_____
United States District Court Judge

Date: _____

45691.020: 64184