## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ST. PAUL FIRE AND MARINE          *
INSURANCE CO.,
                                  *
        Plaintiff,
                                  *

        v.                        *        Civil Action No. WDQ-02-3123

TRANSAMERICA OCCIDENTAL           *
LIFE INSURANCE CO., et al.,
                                  *
        Defendants.
                                  *

*     *     *     *     *     *     *     *     *     *     *     *     *

## STIPULATION EXTENDING THE TIME FOR
## TRANSAMERICA OCCIDENTAL LIFE INSURANCE
## COMPANY TO RESPOND TO ST. PAUL FIRE AND MARINE
## INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, St. Paul Fire and Marine Insurance Company, and Defendant, Transamerica Occidental Life Insurance Company, by their respective undersigned counsel, stipulate and agree that Transamerica Occidental Life Insurance Company shall have through May 21, 2003 to respond to the motion for partial summary judgment filed by St. Paul Fire and Marine Insurance Company.

Respectfully submitted,

(Signed by Gregg L. Bernstein
with permission of James A. Dunbar)
James A. Dunbar, Fed. Bar No. 007392
Katherine D. Bainbridge
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
Post Office Box 5517
Towson, Maryland 21285-5517
Telephone: 410-494-6200
Facsimile: 410-821-0147

*Counsel for Plaintiff*
*St. Paul Fire and Marine Insurance*
*Company*

_____/s/_____
Gregg L. Bernstein, Fed. Bar No. 01340
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street, Suite 2000
Baltimore, Maryland 21202
Telephone: 410-547-7163
Facsimile: 410-547-1605

-and-

_____/s/_____
Reid A. Evers
Transamerica Occidental Life
    Insurance Company
1150 South Olive Street
Los Angeles, California 90015
Telephone: 213-742-3595
Facsimile: 213-763-9680

*Counsel for Defendant*
*Transamerica Occidental Life Insurance*
*Company*

**SO ORDERED:**

_____
United States District Court Judge

Date: _____