IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ST. PAUL FIRE AND MARINE INSURANCE     \*     Civil Action No.: WDQ-02-3123
COMPANY

                                      \*

                  Plaintiff,

                                      \*

      v.

                                      \*

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY, et al.,                \*

                  Defendants.     \*

        \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## STIPULATION OF EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the respective parties that the defendants, AMERICAN UNITED LIFE INSURANCE COMPANY, FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, COLOGNE LIFE REINSURANCE COMPANY, COMBINED INSURANCE COMPANY OF AMERICA, CROWN LIFE INSURANCE COMPANY, THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, MANUFACTURERS LIFE INSURANCE COMPANY, PHOENIX HOME LIFE MUTUAL INSURANCE COMPANY, SUN LIFE ASSURANCE COMPANY OF CANADA, SWISS RE LIFE COMPANY OF AMERICA, SWISS RE AMERICA HOLDING CORPORATION AND THE MERCANTILE & GENERAL REINSURANCE CO. LIMITED, UNUM LIFE INSURANCE COMPANY OF AMERICA, THE MERCANTILE AND GENERAL REINSURANCE COMPANY LIMITED, GENERAL AND COLOGNE LIFE RE OF AMERICA, and CANADA LIFE INSURANCE

COMPANY OF AMERICA, shall have an extension of time to respond to Plaintiff's Motion for

Partial Summary Judgment May 21, 2003.

Dated:  May 16, 2003

VENABLE, BAETJER and HOWARD, LLP          SEMMES, BOWEN & SEMMES, P.C.


/s/_____          /s/_____
James A. Dunbar, Fed. Bar #007392           J. Snowden Stanley, Jr., Fed. Bar #00059
Katherine Bainbridge                        SEMMES, BOWEN & SEMMES
VENABLE, BAETJER AND HOWARD, LLP            250 West Pratt Street
210 Allegheny Avenue                        Baltimore, MD  21201
P.O. Box 5517                               (410) 539-5040
Towson, MD 21285-5517                                  - and -
(410) 494-6200                              MOUND, COTTON, WOLLAN
                                              & GREENGRASS
         - and -                            Lawrence S. Greengrass
                                            One Battery Park Plaza
                                            New York, NY 10004
                                            (212) 804-4200
                                            ATTORNEYS FOR DEFENDANTS

/s/_____          AMERICAN UNITED LIFE INSURANCE
Paul F. Strain, Fed. Bar #01255             COMPANY, FIRST ALLMERICA
VENABLE, BAETJER AND HOWARD, LLP            FINANCIAL LIFE INSURANCE COMPANY,
1800 Mercantile Bank & Trust Building       CONNECTICUT GENERAL LIFE
2 Hopkins Plaza                             INSURANCE COMPANY, COLOGNE LIFE
Baltimore, Maryland 21201                   REINSURANCE COMPANY, COMBINED
(410) 244-7400                              INSURANCE COMPANY OF AMERICA,
                                            CROWN LIFE INSURANCE COMPANY,
                                            THE EQUITABLE LIFE ASSURANCE
ATTORNEYS FOR PLAINTIFF                     SOCIETY OF THE UNITED STATES,
ST. PAUL FIRE AND MARINE                    MANUFACTURERS LIFE INSURANCE
INSURANCE COMPANY                           COMPANY, PHOENIX HOME LIFE
                                            MUTUAL INSURANCE COMPANY,

SUN LIFE ASSURANCE COMPANY OF
CANADA, SWISS RE LIFE COMPANY OF
AMERICA, SWISS RE AMERICA HOLDING
CORPORATION AND THE MERCANTILE
& GENERAL REINSURANCE CO.
LIMITED, UNUM LIFE INSURANCE
COMPANY OF AMERICA, THE
MERCANTILE AND GENERAL
REINSURANCE COMPANY LIMITED,
GENERAL AND COLOGNE LIFE RE OF
AMERICA, and CANADA LIFE INSURANCE
COMPANY OF AMERICA

## ORDER

The foregoing Stipulation is hereby approved.

Date_____          _____
                                       Judge, United States District Court
                                       For the District of Maryland

(B0343902.WPD;1)

-3-