IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY | * |
| | * |
| Plaintiff | |
| | * |
| v. | |
| | *   Civil Action No.  WDQ-02-3123 |
| TRANSAMERICA OCCIDENTAL LIFE<br>INSURANCE COMPANY, et al. | * |
| | |
| Defendants | * |

\* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF LENGTHY EXHIBITS**

Exhibits 1 through 19, which are an attachment to the Affidavit in Support of Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment, exist only in paper format and if scanned will be larger than 1.5 MB.  It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

May 21, 2003
Date

/s/
J. Snowden Stanley, Jr., Bar No. 00059
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040 - Phone
(410) 539-5223 - Fax

Attorneys for the Plaintiff

(B0345223.WPD;1)