IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * | Civil Action No.: WDQ 02CV3123 |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | |
| | * | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al., | * | |
| | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of May, 2003, a copies of Defendants' Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment and Affidavit in Support thereof were served, electronically or by first class mail (pursuant to the Local Rules and rules governing electronic filing) to the following:

Paul F. Strain, Esq.
Venable, Baetjer & Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

James A. Dunbar, Esq.
Venable, Baetjer & Howard, LLP
210 Alleghney Avenue
Towson, MD 21285
 *Counsel for Plaintiff, St. Paul Fire*
  *and Marine Insurance Co.*

Gregg L. Bernstein, Esq.
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street, Suite 2000
Baltimore, MD 21202
 *Counsel for Defendant*
 *Transamerica Occidental Life Insurance Co.*

The Mercantile and General Reinsurance
 Company, Limited
Walter B. Kielholz, Chairman
175 King Street
Armonk, NY 10504
 *Defendant*

Bryan D. Bolton, Esq.
Funk and Bolton, P.A.
36 South Charles Street, 12th Floor
Baltimore, MD 21201
 *Counsel for Defendant*
 *Principal Mutual Life Insurance Co.*

Cologne Life Reinsurance Company
Thomas M. West, CEO
695 East Main Street
Stamford, CT 06901
 *Defendant*

        /s/ ***J. Snowden Stanley, Jr.***
        J. Snowden Stanley, Jr.

(B0345266.WPD;1)