IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ST. PAUL FIRE AND MARINE INSURANCE          *
COMPANY,
                    Plaintiff,
          v.                                *          Civil Action No.: WDQ-02-3123
TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY, et al.,                  *

                    Defendants.

### REQUEST FOR HEARING

Defendants AMERICAN UNITED LIFE INSURANCE COMPANY, FIRST

ALLMERICA FINANCIAL LIFE INSURANCE COMPANY, CONNECTICUT GENERAL

LIFE INSURANCE COMPANY, COMBINED INSURANCE COMPANY OF AMERICA,

CROWN LIFE INSURANCE COMPANY, THE EQUITABLE LIFE ASSURANCE SOCIETY

OF THE UNITED STATES, MANUFACTURERS LIFE INSURANCE COMPANY,

PHOENIX LIFE INSURANCE COMPANY, SUN LIFE ASSURANCE COMPANY OF

CANADA, SWISS RE LIFE & HEALTH AMERICA, INC., SWISS RE AMERICA HOLDING

CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, GENERAL &

COLOGNE LIFE RE OF AMERICA, and CANADA LIFE INSURANCE COMPANY OF

AMERICA, by their undersigned counsel, hereby request a hearing on their Memorandum in

Opposition to the Plaintiff's Motion for Partial Summary Judgment.

Respectfully submitted,

/s/_____
J. Snowden Stanley, Jr., Fed. Bar #00059
SEMMES, BOWEN & SEMMES, P.C.
250 West Pratt Street
Baltimore, MD 21201
(410) 539-5040

-and-

MOUND COTTON WOLLAN & GREENGRASS
Lawrence S. Greengrass
Daniel Markewich
One Battery Park Plaza
New York, NY 10004
(212) 804-4200

**ATTORNEYS FOR DEFENDANTS**
AMERICAN UNITED LIFE INSURANCE
COMPANY, FIRST ALLMERICA FINANCIAL
LIFE INSURANCE COMPANY, CONNECTICUT
GENERAL LIFE INSURANCE COMPANY,
COMBINED INSURANCE COMPANY OF
AMERICA, CROWN LIFE INSURANCE
COMPANY, THE EQUITABLE LIFE
ASSURANCE SOCIETY OF THE UNITED
STATES, MANUFACTURERS
LIFE INSURANCE COMPANY, PHOENIX
LIFE INSURANCE COMPANY, SUN LIFE
ASSURANCE COMPANY OF CANADA,
SWISS RE LIFE & HEALTH AMERICA,
INC., SWISS RE AMERICA HOLDING
CORPORATION, UNUM LIFE INSURANCE
COMPANY OF AMERICA, GENERAL &
COLOGNE LIFE RE OF AMERICA, and
CANADA LIFE INSURANCE COMPANY OF
AMERICA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2003, copies of Defendants' Request
for Hearing on the Memorandum in Opposition to Plaintiff's Motion for Partial Summary
Judgment and Affidavit in Support thereof were served, electronically or by first class mail
(pursuant to the Local Rules and rules governing electronic filing) to the following:

Paul F. Strain, Esq.
Venable, Baetjer & Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

James A. Dunbar, Esq.
Venable, Baetjer & Howard, LLP
210 Alleghney Avenue
Towson, MD 21285

*Counsel for Plaintiff, St. Paul Fire*
  *and Marine Insurance Co.*

Gregg L. Bernstein, Esq.
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street, Suite 2000
Baltimore, MD 21202
 *Counsel for Defendant*
 *Transamerica Occidental Life Insurance Co.*

The Mercantile and General Reinsurance
 Company, Limited
Walter B. Kielholz, Chairman
175 King Street
Armonk, NY 10504
 *Defendant*

Bryan D. Bolton, Esq.
Funk and Bolton, P.A.
36 South Charles Street, 12th Floor
Baltimore, MD 21201
 *Counsel for Defendant*
  *Principal Mutual Life Insurance Co.*

Cologne Life Reinsurance Company
Thomas M. West, CEO
695 East Main Street
Stamford, CT 06901
 *Defendant*

                                        /s/ ***J. Snowden Stanley, Jr.***
                                        J. Snowden Stanley, Jr.

(B0345307.DOC;1)