# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | * | Civil Action No.: WDQ-02-3123 |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION EXTENDING THE TIME FOR PLAINTIFF ST. PAUL FIRE AND MARINE INSURANCE COMPANY TO FILE REPLY BRIEFS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, St. Paul Fire and Marine Insurance Company ("St. Paul"), and Defendants, by their respective undersigned counsel, stipulate and agree that St. Paul shall have through June 9, 2003 to file reply briefs in support of St. Paul's motion for partial summary judgment.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| James A. Dunbar | Bryan D. Bolton |
| Federal Bar No. 007392 | Federal Bar No.: 02112 |
| Venable, Baetjer and Howard, LLP | Funk & Bolton |
| 210 Allegheny Avenue | 100 Light Street, Suite 1000 |
| Post Office Box 5517 | Baltimore, Maryland 21202 |
| Towson, Maryland 21285-5517 | Telephone: (410) 659-7700 |
| Telephone: (410) 494-6200 | Facsimile: (410) 659-7773 |
| Fax No.: (410) 821-0147 | *Attorney for Defendant Principal Mutual Life Insurance Company* |
| *Attorney for Plaintiff St. Paul Fire and Marine Insurance Company* | |

| | |
|---|---|
| _/s/_ | _/s/_ |
| J. Snowden Stanley, Jr. | Gregg L. Bernstein |
| Federal Bar No.: 00059 | Martin, Snyder & Bernstein, P.A. |
| Semmes, Bowen & Semmes | Redwood Tower, Suite 2000 |
| 250 West Pratt Street, 16th Floor | 217 East Redwood Street |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21202 |
| Telephone: (410) 539-5040 | Telephone: (410) 547-8705 |
| Facsimile: (410) 539-5223 | Facsimile: (410) 547-1605 |
| and | _Attorney for Defendant Transamerica Occidental Life Insurance Co._ |
| Mitchell D. Otto | |
| David A. Silva | |
| Lawrence S. Greengrass | |
| Mound, Cotton, Wollan & Greengrass | |
| One Battery Park Plaza | |
| New York, New York 10004 | |
| Telephone: (212) 804-4200 | |
| Facsimile: (212) 344-8066 | |

_Attorney for Defendants American United Life Insurance Company; First Allmerica Financial Life Insurance Company; Connecticut General Life Insurance Company; Combined Insurance Company of America, Crown Life Insurance Company; The Equitable Life Assurance Society of the United States; Manufacturers Life Insurance Company; Phoenix Life Insurance Company; Sun Life Assurance Company of Canada; Swiss Re Life & Health America, Inc.; Swiss Re America Holding Corporation; UNUM Life Insurance Company of America; General & Cologne Life re of America; and Canada Life Insurance Company of America_

SO ORDERED:

Date:_____

_____
United States District Court Judge