**EXHIBIT 20**



**SUPREME COURT OF GEORGIA**
Case No. S03C1071.

Atlanta    MAY 19 2003

The Honorable Supreme Court met pursuant to adjournment.
The following order was passed:

### ST. PAUL FIRE and MARINE INSURANCE COMPANY v. SECURITY LIFE INSURANCE COMPANY et al.

Appellant is seeking a writ of certiorari from a non-final order issued by the Court of Appeals. Accordingly, the petition is hereby dismissed as premature. See Supreme Court Rule 38.

Court of Appeals No. A03A0843

**SUPREME COURT OF THE STATE OF GEORGIA**
Clerk's Office, Atlanta

I hereby certify that the above is a true extract from the minutes of the Supreme Court of Georgia
Witness my signature and the seal of said court hereto affixed the day and year last above written.

*[signature]*, Chief Deputy Clerk