

**VENABLE, BAETJER AND HOWARD, LLP**
*Including professional corporations*

210 Allegheny Avenue
Towson, Maryland 21204
(410) 494-6200, Fax (410) 821-0147
www.venable.com

OFFICES IN

WASHINGTON, D.C.
MARYLAND
VIRGINIA

**James A. Dunbar**
**(410) 494-6208**

jadunbar@venable.com

June 13, 2003

The Honorable William D. Quarles
United States District Court
 for the District of Maryland
101 West Lombard Street, Suite 3A
Baltimore, Maryland  21201

      Re:    *St. Paul Fire and Marine Insurance Company v.*
                 *Transamerica Occidental Life Insurance Company, et al.*
                 Civil Action Number:  WDQ-02-3123

Dear Judge Quarles:

      I am writing in response to Mr. Greengrass' letter dated June 13, 2003.  The additional exhibits proffered by Mr. Greengrass as attachments to his letter are completely irrelevant to this Court's consideration of St. Paul's pending motion for summary judgment, for the same reasons that the Georgia proceedings are generally irrelevant, as explained in St. Paul's various memoranda filed in this matter.

      Despite the fact that Mr. Greengrass' proposed additional submissions are irrelevant, however, St. Paul has no objection to their inclusion in the record, because it is confident that the Court will give them only that weight to which they are entitled.

      Mr. Greengrass has also repeated some of his legal arguments in his letter, in violation of this Court's policy against surreply briefs.  St. Paul will not address that aspect of Mr. Greengrass' letter, other than to point out that it is a rehash of Defendants' previous mischaracterizations of the law, unless this Court requests a response by St. Paul.

      Thank you for your attention to this matter.

                                 Respectfully submitted,

                                 **/s/**

                                 James A. Dunbar

JAD/ccj
cc:     Gregg L. Bernstein, Esquire
         Bryan D. Bolton, Esquire
         J. Snowden Stanley, Jr., Esquire
         Reid Evers, Esquire
         Lawrence S. Greengrass, Esquire
         Mitchell D. Otto, Esquire
         David A. Silva, Esquire
         Elizabeth J. Bondurant, Esquire

TO1DOCS1#159508v2