IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ST. PAUL FIRE AND MARINE         *
INSURANCE COMPANY
      Plaintiff                           *

   vs.                                              *     Civil Action No.: WDQ 02-3123

COLOGNE LIFE REINSURANCE   *
COMPANY and
THE MERCANTILE AND              ******
GENERAL REINSURANCE
COMPANY LIMITED
      Defendants


### ORDER

Plaintiff having failed to serve the summons and complaint upon the above named defendants within 120 days after the filing of the complaint, it is, this ___ day of July, 2003,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                               William D. Quarles, Jr.
                                               United States District Judge