# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY | * |
| | * |
| Plaintiff, | |
| | * |
| v. | |
| | * |
| TRANSAMERICA OCCIDENTAL<br>LIFE INSURANCE COMPANY, et al. | *   Civil Action No.: WDQ-02-3123 |
| | * |
| Defendants. | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul"), by its undersigned attorneys, hereby responds to the Court's Order to Show Cause dated July 2, 2003, as follows:

1. By Order dated July 2, 2003, this Court ordered plaintiff to show good cause within 14 days as to why the Amended Complaint should not be dismissed as to Defendants Cologne Life Reinsurance Company and Mercantile and General Reinsurance Company Limited, based on lack of service.

2. The Court should not dismiss this case as to those two Defendants for lack of service. Both of those defendants have <u>answered</u> the complaint and <u>neither</u> has raised insufficiency of service as an affirmative defense. Accordingly, those Defendants have submitted themselves to the jurisdiction of this Court, and have waived any defense based on service.

3. Specifically, in the answer of Defendants American United Life Insurance Company, et. al., which was filed on March 17, 2003, Defendant Cologne Life Reinsurance Company answered the allegations of paragraph 6 of the First Amended Complaint as follows:

> Defendant General and Cologne Life Re of America, <u>formerly known as Cologne Life Reinsurance Company</u> denies the allegations contained in paragraph 6 of the First Amended Complaint, except admits that General and Cologne Life Re of America is a Connecticut Corporation with its principal place of business located at 695 East Main Street, Stanford, Connecticut 06901. …

Thus, Cologne Life Reinsurance Company has answered the Complaint in this matter, under its new name of General and Cologne Life Re of America.

4. Similarly, Defendant the Mercantile and General Reinsurance Company Limited has answered. In Paragraph 17 of the answer of Defendants American United stated as follows:

> Swiss Re Life and Health America, Inc., <u>as successor to the Mercantile and General Reinsurance Company Limited</u>, denies the allegations contained in Paragraph 17 of the First Amended Complaint. …

(Emphasis added). Thus the Mercantile and General Reinsurance Company Limited has answered the complaint, through its corporate successor, Swiss Re Life and Health America, Inc.

5. Neither Swiss Re Life and Health America, Inc., as successor to the Mercantile and General Reinsurance Company Limited, nor General and Cologne Life Re of America, formerly known as Cologne Life Reinsurance Company, has asserted inadequate service as a defense. Accordingly, pursuant to Fed. Rule Civ. Proc. 12(h)(1), any such defense has been waived, and they have submitted themselves to the jurisdiction of this Court.

WHEREFORE, Plaintiff respectfully requests that this Court find that Plaintiff has shown cause as to why this case ought not be dismissed as against Cologne Life Reinsurance Company, now known as General and Cologne Life Re of America, and the Mercantile and General Reinsurance Company Limited, which is appearing in this case through its successor, Swiss Re Life and Health America, Inc.

        Respectfully submitted,

        */s/*
        James A. Dunbar
        Federal Bar No. 007392
        Venable, Baetjer and Howard, LLP
        210 Allegheny Avenue
        Post Office Box 5517
        Towson, Maryland  21285-5517
        Telephone:  (410) 494-6200
        Fax No.:  (410) 821-0147
        *Attorneys for St. Paul Fire and Marine Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **15th** day of **July**, **2003**, a copy of **ST. PAUL'S RESPONSE TO ORDER TO SHOW CAUSE** was mailed first class, postage prepaid, to:

        Gregg L. Bernstein
        Martin, Snyder & Bernstein, P.A.
        Redwood Tower, Suite 2000
        217 East Redwood Street
        Baltimore, Maryland  21202
           and
        Reid Evers, Esquire
        Vice President and Associate General Counsel
        Transamerica Occidental Life Ins. Co.
        Post Office Box 2101
        Los Angeles, California  90051-0101
           *Attorneys for Defendant Transamerica Occidental Life Insurance Company*

Bryan D. Bolton, Esquire
Funk & Bolton
36 South Charles Street, Suite 1200
Baltimore, Maryland 21201-3111
    and
Elizabeth J. Bondurant, Esquire
Elizabeth A. Beskin, Esquire
Carter & Ansley
1180 West Peachtree Street, Suite 2300
Atlanta, Georgia 30309
    *Attorney for Defendant Principal Mutual Life Insurance Company*

J. Snowden Stanley, Jr., Esquire
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201
    and
Lawrence S. Greengrass, Esquire
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, New York 10004
    *Attorneys for Defendants American United Life Insurance Company; Transamerica Occidental Life Insurance Company; First Allmerica Financial Life Insurance Company; Connecticut General Life Insurance Company; Combined Insurance Company of America; Crown Life Insurance Company; The Equitable Life Assurance Society of the United States; Manufacturers Life Insurance Company; Phoenix Home Life Mutual Insurance Company; Sun Life Assurance Company of Canada; Swiss Re Life & Health America, Inc.; Swiss Re America Holding Corporation; Unum Life Insurance Company of America; General & Cologne Life Re of America; and Canada Life Insurance Company of America*

                                 /s/
                            James A. Dunbar, Federal Bar No. 007392