# United States District Court
### DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

July 29, 2003

TO COUNSEL OF RECORD

Re: St. Paul Fire and Marine Insurance Company v.
Transamerica Occidental Life Insurance Company, et al.
Civil No. WDQ 02-3123

Dear Counsel:

Having read and considered plaintiff's request for modification of the scheduling order in this case, and defendants having no objection, the same is hereby amended as follows.

The deadline for plaintiff to name its experts is extended by 30 days, with all the following deadlines relating to experts also extended by 30 days.

Discovery shall be completed by December 17, 2003

Counsel shall file a joint status report on December 17, 2003.

Motions shall be filed by January 17 2004.

The pretrial conference scheduled in this case for February 19, 2004 at 9:00 a.m. remains unchanged.

Despite its informal nature, this letter is an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge