IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY | * |
| | * |
| Plaintiff, | * |
| v. | * |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, et al. | *   Civil Action No.: WDQ-02-3123 |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a)(1), the undersigned parties, being all of the parties who have appeared in this action, hereby stipulate and agree that this action shall be dismissed without prejudice.

_/s/ by James A. Dunbar w/permission_
GREGG LEWIS BERNSTEIN
Martin Snyder and Bernstein PA
217 E Redwood St Ste 2000
Baltimore, Maryland 21202
Phone: (410) 547-8705
Fax: (410) 547-1605
*Counsel for Transamerica Occidental Life Insurance Company*

_/s/ by James A. Dunbar w/permission_
BRYAN D. BOLTON
Funk & Bolton
100 Light Street, Suite 1000
Baltimore, Maryland 21202
Phone: (410) 659-7700
Fax: (410) 659-7773
*Counsel for Principal Mutual Life Insurance Company (formerly known as Principal Mutual Life Insurance Company)*

_/s/_
JAMES A. DUNBAR
Venable, LLP
210 Allegheny Avenue, P.O. Box 5517
Towson, Maryland 21285-5517
Phone: (410) 494-6200
Fax: (410) 821-0147
*Counsel for St. Paul Fire and Marine Insurance Company*

_/s/ by James A. Dunbar w/permission_
LAWRENCE S. GREENGRASS
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, New York 10004
Phone: (212) 804-4200
Fax: (212) 344-8066
*Counsel for American United Life Insurance Company American United Life Insurance Company, Combined Insurance Company of America, Connecticut General Life Insurance Company, Crown Life Insurance Company, Canada Life Insurance Company of America, The Equitable Life Assurance Society of the United States, First Allmerica Financial Life Insurance Company, General and Cologne Life Re of America (formerly known as Cologne Life Reinsurance Company), Manufacturers Life Insurance Company, Phoenix Home Life Mutual Insurance Company (formerly known as Phoenix Home Life Mutual Insurance Company), Sun Life Assurance Company of Canada, Swiss Re Life & Health America, Inc. (as successor to The Mercantile & General Reinsurance Company Limited and as successor to Swiss Life Company of America, sued as Swiss re Life Company of America), Unum Life Insurance Company of America*